5:57 PM 09/03/19

19-23534-rdd    Doc 10    Filed 09/04/19    Entered 09/04/19 15:48:43    Main Document

INSPIRO INC
Payroll Summary
September 3, 2019

Pg 1 of 1

| | GERSHKOVICH | PECCHIA | PEREZ REYES | SELLITTO | JASA | CIARICO | MEGO | DI DONNA | SMITH | FUMEI | GADDIS | Vaisman | Escobar | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employee Wages, Taxes and Adjustments** | | | | | | | | | | | | | | |
| **Gross Pay** | | | | | | | | | | | | | | |
| Officer Salary | 11,538.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 11,538.46 |
| SALARY | 0.00 | 3,269.23 | 2,115.38 | 4,615.38 | 4,038.46 | 3,461.54 | 2,500.00 | 2,307.69 | 2,307.69 | 2,884.62 | 4,807.69 | 4,653.42 | 5,038.04 | 41,999.14 |
| **Total Gross Pay** | 11,538.46 | 3,269.23 | 2,115.38 | 4,615.38 | 4,038.46 | 3,461.54 | 2,500.00 | 2,307.69 | 2,307.69 | 2,884.62 | 4,807.69 | | | 43,846.14 |
| **Deductions from Gross Pay** | | | | | | | | | | | | | | |
| Health Insurance | 0.00 | -32.86 | -154.27 | 0.00 | -203.65 | -154.27 | -154.27 | -154.27 | -14.42 | -154.27 | 0.00 | | | -1,022.28 |
| **Total Deductions from Gross Pay** | 0.00 | -32.86 | -154.27 | 0.00 | -203.65 | -154.27 | -154.27 | -154.27 | -14.42 | -154.27 | 0.00 | | | -1,022.28 |
| **Adjusted Gross Pay** | 11,538.46 | 3,236.37 | 1,961.11 | 4,615.38 | 3,834.81 | 3,307.27 | 2,345.73 | 2,153.42 | 2,293.27 | 2,730.35 | 4,807.69 | | | 42,823.86 |
| **Taxes Withheld** | | | | | | | | | | | | | | |
| Federal Withholding | -3,033.00 | -521.00 | -240.00 | -849.00 | -622.00 | -465.00 | -289.00 | -247.00 | -313.00 | -338.00 | -568.00 | | | -7,485.00 |
| Medicare Employee | -167.31 | -46.93 | -28.44 | -66.92 | -55.60 | -47.95 | -34.01 | -31.22 | -33.25 | -39.59 | -69.71 | | | -620.93 |
| Social Security Employee | 0.00 | -200.66 | -121.59 | -286.15 | -237.75 | -205.05 | -145.44 | -133.51 | -142.18 | -169.28 | -298.07 | | | -1,939.68 |
| NY - Withholding | -810.82 | -172.27 | -93.07 | -268.56 | -208.19 | -171.89 | -114.57 | -102.63 | -113.70 | -136.07 | -276.96 | | | -2,468.73 |
| NY - Disability Employee | -1.20 | -1.20 | -1.20 | -1.20 | -1.20 | -1.20 | -1.20 | -1.20 | -1.20 | -1.20 | -1.20 | | | -13.20 |
| Medicare Employee Addl Tax | -69.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | -69.23 |
| NY - City Resident | 0.00 | 0.00 | -67.15 | -184.75 | 0.00 | -123.12 | -82.21 | -73.85 | -81.60 | -97.44 | -189.03 | | | -899.15 |
| NY - Paid Family Leave | 0.00 | -5.00 | -3.24 | 0.00 | -6.18 | -5.30 | -3.83 | -3.53 | -3.53 | -4.41 | 0.00 | | | -35.02 |
| **Total Taxes Withheld** | -4,081.56 | -947.06 | -554.69 | -1,656.58 | -1,130.92 | -1,019.51 | -670.26 | -592.94 | -688.46 | -785.99 | -1,402.97 | | | -13,530.94 |
| **Additions to Net Pay** | | | | | | | | | | | | | | |
| Reimbursement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| **Total Additions to Net Pay** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| **Net Pay** | 7,456.90 | 2,289.31 | 1,406.42 | 2,958.80 | 2,703.89 | 2,287.76 | 1,675.47 | 1,560.48 | 1,604.81 | 1,944.36 | 3,404.72 | | | 29,292.92 |
| **Employer Taxes and Contributions** | | | | | | | | | | | | | | |
| Federal Unemployment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Medicare Company | 167.31 | 46.93 | 28.44 | 66.92 | 55.60 | 47.95 | 34.01 | 31.22 | 33.25 | 39.59 | 69.71 | | | 620.93 |
| Social Security Company | 0.00 | 200.66 | 121.59 | 286.15 | 237.75 | 205.05 | 145.44 | 133.51 | 142.18 | 169.28 | 298.07 | | | 1,939.68 |
| NY - Disability Company | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| NY - Unemployment Company | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| NY - MCTMT (Transit Tax) | 39.23 | 11.00 | 6.67 | 15.69 | 13.03 | 11.25 | 7.97 | 7.32 | 7.79 | 9.28 | 16.35 | | | 145.58 |
| NY - Re-employment Service Fund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| **Total Employer Taxes and Contributions** | 206.54 | 258.59 | 156.70 | 368.76 | 306.38 | 264.25 | 187.42 | 172.05 | 183.22 | 218.15 | 384.13 | | | 2,706.19 |