**Fill in this information to identify the case:**

Debtor name: Inspiron, Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 19-23534

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sky Management c/o Cole Shotz PC 1325 Avenue of the Americas ste 1900 New York, NY, 10019 | | | Disputed | | | 1,899,969.25 |
| 2 | Kenneth Hart c/o Jeffrey M. Kramer 26 Court Street Brooklyn, NY, 11242 | | Litigation | Disputed | | | 837,300.00 |
| 3 | We Work Attn: Waren Hershkowitz 115 W 18th STreet New York, NY, 10011 | | Commission for brokering sublease | | | | 128,936.00 |
| 4 | Safeway Services Corp PO Box 630407 Little Neck, NY, 11362 | | Excavating services | | | | 76,190.73 |
| 5 | Thyssenkrupp Elevator 7481 N.W. 66th street Miami, FL, 33166 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 64,601.49 |
| 6 | Rose Mechanical 595 Old Willets Path Suite D Hauppage, NY, 11788 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 55,800.00 |
| 7 | ELITE FLOORING 5308 13TH AVENUE STE #242 Brooklyn, NY, 11219 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 51,852.23 |
| 8 | TOWN APPLIANCE 10 SOUTH CLIFFOTN AVE Lakewood, NJ, 8701 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 49,120.49 |

Debtor   Inspiron, Inc.
         _____
         Name

Case number (*if known*) 19-23534

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | 535 Eighth Avenue LLC c/o Olmstead properties, Inc, 575 8th Ave #2400 New York, NY, 10018 | | Landlord | | | | 39,974.12 |
| 10 | GP LANSCAPING PO BOX 15 Center Moriches, NY, 11934 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 33,400.00 |
| 11 | OTIS ELEVATOR PO BOX 13716 Newark, NJ, 07188-0716 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 32,238.00 |
| 12 | Elkwood Company 1736 64th Street Apt 2F Brooklyn , NY, 11204 | | | | | | 31,846.00 |
| 13 | BROTHERS ACM DRYWALL INC 693 FLATBUSH AVE Brooklyn , NY, 11225 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 28,925.09 |
| 14 | Zin Electrical Inc. 1267 Utica Avenue Brooklyn, NY, 11203 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 28,000.00 |
| 15 | City Safety 21 West 38th Street, suite 1102 New York, NY, 10018 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 22,786.50 |
| 16 | World Wide Environmental 53 Scott Ave Brooklyn, NY, 11237 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 17,600.00 |
| 17 | MIDWOOD LUMBER & MILLWORK 1169 CONEY ISLAND AVE Brooklyn , NY, 11230 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 17,427.77 |
| 18 | ADS WINDOWS 25 STAR STREET Iselin, NJ, 8830 | | Subcontractor to be paid with Lien Law Article 3A Trust Funds to be received | | | | 17,280.00 |
| 19 | AR Consulting Engineer 955 Yonkers Avenue Suite #106 Yonkers, NY, 10704 | | | | | | 15,000.00 |
| 20 | CUSTOM GRANITE & MARBLE 49 DAY ST. SUITE 301 Norwalk, CT, 6854 | | Subcontractor to be paid with Article 3A Trust Funds to be received | | | | 12,772.61 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Inspiron, Inc._____

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (*If known*): ___19-23534___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/10/2019___
MM / DD / YYYY

✗ ___/s/ Alen Gershkovich_____
Signature of individual signing on behalf of debtor

___Alen Gershkovich_____
Printed name

___President_____
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**