**Fill in this information to identify the case:**

Debtor name _____Inspiron, Inc._____

United States Bankruptcy Court for the: _____Southern District of New York_____
(State)

Case number (If known): _____19-23534_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ..................................................................................... $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $ _____2,122,081.34

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ..................................................................................... $ _____2,122,081.34

---

**Part 2:**  **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................ $ _____0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................... $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................................... +$ _____5,195,692.24

4. **Total liabilities** ......................................................................................................................... $ _____5,195,692.24
    Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Inspiron, Inc.

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):  19-23534

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Signature Bank | Checking | 8  5  4  8 | $ 513,814.71 |
| 3.2. | Signature Bank | Checking | 9  7  9  8 | $ 625,010.63 |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | | $ |
| --- | --- | --- |
| 4.2. | | $ |

5. **Total of Part 1**  $ 1,138,825.34

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | | $ |
| --- | --- | --- |
| 7.2. | | $ |

Debtor    Inspiron, Inc.
_____    Case number (if known) 19-23534
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   463,256.00  –  0.00   = ........➜   $ 463,256.00
                                face amount     doubtful or uncollectible accounts

    11b. Over 90 days old:   0.00  –  0.00   = ........➜   $ 0.00
                             face amount     doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 463,256.00

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1._____    _____%    _____    $_____
    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____
    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor ___Inspiron, Inc._____    Case number (if known)___19-23534_____
        Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.    $_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

---

Debtor    Inspiron, Inc.
_____
Name

Case number (if known) 19-23534

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Miscellaneous Furniture | $_____ | _____ | $ 10,000.00 |
| **40. Office fixtures**<br>Miscellaneous Office Fixtures | $_____ | _____ | $ 5,000.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Miscellaneous Office Equipment | $_____ | _____ | $ 5,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 20,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Inspiron, Inc.
_____    Case number (*if known*) 19-23534
        Name

---

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Miscellaneous | $ 1,000,001.00 | _____ | $ 0.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                   $ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 5

Debtor _____    Case number (if known) _____
        Name    Inspiron, Inc.    19-23534

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  22 Cortlandt Street<br>New York, NY | Office Lease | $_____ | _____ | 0.00<br>$_____ |
| 55.2  535 Eight Avenue, 12th Flr.<br>New York, NY | Office Lease | $_____ | _____ | 0.00<br>$_____ |
| 55.3  11 Stearns Ridge<br>Irvington, NY | Office - Month to Month Lease | $_____ | _____ | 0.00<br>$_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☑ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ _____

Debtor   Inspiron, Inc.
_____   Case number (*if known*)___19-23534___
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ — _____ = ➜  $_____
                               Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____                                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Materials Corp.
_____                                          $ 500,000.00

**Nature of claim**        Monies Loaned - damages for walking

**Amount requested**       $ 500,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                                          $_____

**Nature of claim**        _____

**Amount requested**       $_____

76. **Trusts, equitable or future interests in property**

_____                                          $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                                          $_____

_____                                          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                   $ 500,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Inspiron, Inc.
          Name
                                                                    Case number (if known)    19-23534

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,138,825.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 463,256.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 2,122,081.34 | 91b. + $ 0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ...................................................    2,122,081.34    $ 2,122,081.34

**Fill in this information to identify the case:**

Debtor name _____Inspiron, Inc._____

United States Bankruptcy Court for the: __Southern District of New York___

Case number (If known): ____19-23534_____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,
_____

Describe debtor's property that is subject to a lien

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $_____

**2.2** Creditor's name
_____

Creditor's mailing address
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____      $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $_____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Inspiron, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of New York</td></tr>
<tr><td>Case number<br>(if known)</td><td>19-23534</td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred
_____

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor _____    Case number *(if known)* 19-23534
　　　　Name

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |

**3.1** | **Nonpriority creditor's name and mailing address**
535 Eighth Avenue LLC
c/o Olmstead properties, Inc,
575 8th Ave #2400
New York, NY, 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　Landlord

$ 39,974.12

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
ADS WINDOWS
25 STAR STREET

Iselin, NJ, 8830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　Subcontractor to be paid with Lien Law Article 3A Trust Funds to

$ 17,280.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Alen Gershkovich
11 Stearns Ridge
Irvington, NY, 10533

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　Loan to company

$ 1,500,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
AMERICAN SECURITY SYSTEMS
5-44 50TH AVENUE

Long Island City, NY, 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 600.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
AR Consulting Engineer
955 Yonkers Avenue Suite #106

Yonkers, NY, 10704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 15,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
BROTHERS ACM DRYWALL INC
693 FLATBUSH AVE

Brooklyn , NY, 11225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**　Subcontractor to be paid with Article 3A Trust Fund

$ 28,925.09

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | 19-23534-rdd | Case number (if known) | 19-23534 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7  Nonpriority creditor's name and mailing address**

Callahead
304 Crossbay Blvd

Broad Channel, NY, 11693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,337.84

---

**3.8  Nonpriority creditor's name and mailing address**

CERTIFIED SITE SAFETY
99 LAFAYETTE AVE

White Plains, NY, 10603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,475.00

---

**3.9  Nonpriority creditor's name and mailing address**

City Safety
21 West 38th Street, suite 1102

New York, NY, 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 22,786.50

---

**3.10  Nonpriority creditor's name and mailing address**

CS Bridge Corp.
PO Box 630200

Little Neck, NY, 11363

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 4,301.00

---

**3.11  Nonpriority creditor's name and mailing address**

CUSTOM GRANITE & MARBLE
49 DAY ST. SUITE 301

Norwalk, CT, 6854

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 12,772.61

---

Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

De Lang Landen
PO Boxs 41602
Philadelphia, 19101-1602

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 1,522.90**

**Basis for the claim:** Copier Lease

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.13** Nonpriority creditor's name and mailing address

ELITE FLOORING
5308 13TH AVENUE STE #242

Brooklyn , NY, 11219

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 51,852.23**

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.14** Nonpriority creditor's name and mailing address

Elkwood Company
1736 64th Street  Apt 2F

Brooklyn , NY, 11204

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 31,846.00**

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.15** Nonpriority creditor's name and mailing address

European Renovators
301 Willow Street

South Hempstead, NY, 11550

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 5,904.00**

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.16** Nonpriority creditor's name and mailing address

GOLIATH CONTRACTING INC
10 BEECH STREET

emlwood Park, NJ, 7407

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 6,510.29**

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

| Debtor | 19-23534-rdd | Case number *(if known)* | 19-23534 |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 17 **Nonpriority creditor's name and mailing address**

GOT SOLUTIONS
19 HIGHT ST

Greenwich, CT, 6830

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 175.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 18 **Nonpriority creditor's name and mailing address**

GP LANSCAPING
PO BOX 15

Center Moriches, NY, 11934

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 33,400.00

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 19 **Nonpriority creditor's name and mailing address**

Growth Dynamics
1450 E Boot Road, Ste 300 B
West Chester, PA, 19380

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00

**Basis for the claim:** Corporate Coach

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 20 **Nonpriority creditor's name and mailing address**

Harris Water Main & Sewer
2600 Atlantic Avenue
Brooklyn, NY, 11207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,250.00

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 21 **Nonpriority creditor's name and mailing address**

HD SUPPLY
30-30 60TH STREET

Woodside , NY, 11377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30.36

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.22** Nonpriority creditor's name and mailing address

Kenneth Hart
c/o Jeffrey M. Kramer
26 Court Street
Brooklyn, NY, 11242

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 837,300.00

---

**3.23** Nonpriority creditor's name and mailing address

Loconsolo Paint
2662 Coney Island Ave
Brooklyn, NY, 11223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,569.90

---

**3.24** Nonpriority creditor's name and mailing address

Loconsolo Paints
2662 Coney Island Ave

Brooklyn , NY, 11223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,245.98

---

**3.25** Nonpriority creditor's name and mailing address

M&S Steel Fabricators INC
8965 215th Place

Queens Village, NY, 11427

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,700.00

---

**3.26** Nonpriority creditor's name and mailing address

MARJAM
855 T Conklin st.

Farmingdale, NY, 11735

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,438.34

---

| Debtor | | | Case number (if known) | 19-23534 |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 27** Nonpriority creditor's name and mailing address

Marvel Contracting Service, Inc.
58-19 230th Street

Oakland Gardens, NY, 11364

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,390.00

---

**3. 28** Nonpriority creditor's name and mailing address

MIDWOOD LUMBER & MILLWORK
1169 CONEY ISLAND AVE

Brooklyn , NY, 11230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 17,427.77

---

**3. 29** Nonpriority creditor's name and mailing address

New York Insulation
58-48 59th Street

Maspeth, NY, 11378

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,100.00

---

**3. 30** Nonpriority creditor's name and mailing address

Northeast Service Interiors, LLC
56-01 Nurge Avenue 2nd Flr Rear
Maspeth, NY, 11378

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,586.00

---

**3. 31** Nonpriority creditor's name and mailing address

OTIS ELEVATOR
PO BOX 13716

Newark, NJ, 07188-0716

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 32,238.00

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** **Nonpriority creditor's name and mailing address**

Prostar Plumbing  Heating & Mechanical Inc.
545 Midland Ave
Staten Island, NY, 10306

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 90,000.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.33** **Nonpriority creditor's name and mailing address**

Rite Tech, Inc.
3 Dorothea Street
Plainview, NY, 11803

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 67,400.00

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.34** **Nonpriority creditor's name and mailing address**

Rose Mechanical
595 Old Willets Path Suite D

Hauppage, NY, 11788

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 55,800.00

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.35** **Nonpriority creditor's name and mailing address**

Safeway Services Corp
PO Box 630407
Little Neck, NY, 11362

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76,190.73

**Basis for the claim:** Excavating services

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.36** **Nonpriority creditor's name and mailing address**

Sky Management
c/o Cole Shotz PC
1325 Avenue of the Americas ste 1900
New York, NY, 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 1,899,969.25

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

| Debtor | | Case number (if known) 19-23534 |
|---|---|---|
| | Name | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37** Nonpriority creditor's name and mailing address

Sky Materials
57-00 47th Street

Flushing, NY, 11378

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

Sonex Construction Corp
34-37 208th Street
Bayside, NY, 11361

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor to be paid with Article 3A Trust Funds to be received

$ 4,800.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

Spolzino Smith Buss & Jacobs
attn: Jacob Amir, Esq.
81 Main Street, Ste 306
White Plains, NY, 10601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Pre-petition Legal Fees

$ 3,675.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

Thyssenkrupp Elevator
7481 N.W. 66th street

Miami, FL, 33166

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor to be paid with Article 3A Trust Funds to be received

$ 64,601.49

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

TOWN APPLIANCE
10 SOUTH CLIFFOTN AVE

Lakewood, NJ, 8701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor to be paid with Article 3A Trust Funds to be received

$ 49,120.49

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3. 42** Nonpriority creditor's name and mailing address

TSA Builders Corp.
684 83rd street

Brooklyn, NY, 11228

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,000.00

---

**3. 43** Nonpriority creditor's name and mailing address

Van Comm Corp
115 Bennett Place Staten Island NY 10312

Staten Island, NY, 10312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,623.95

---

**3. 44** Nonpriority creditor's name and mailing address

VENUS FIRE PROTECTION & SAFETY
700 3RD STREET

Brooklyn, NY, 11232

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,036.40

---

**3. 45** Nonpriority creditor's name and mailing address

We Work
Attn: Waren Hershkowitz
115 W 18th STreet
New York, NY, 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Commission for brokering sublease

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 128,936.00

---

**3. 46** Nonpriority creditor's name and mailing address

World Wide Environmental
53 Scott Ave

Brooklyn, NY, 11237

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,600.00

Debtor _____    Case number _(if known)_ 19-23534
     Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.**⁴⁷   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     $ 28,000.00

Zin Electrical Inc.
1267 Utica Avenue

Brooklyn, NY, 11203

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor to be paid with Article 3A Trust Funds to be received

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.____**   **Nonpriority creditor's name and mailing address**     $ _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**   **Nonpriority creditor's name and mailing address**     $ _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**   **Nonpriority creditor's name and mailing address**     $ _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.____**   **Nonpriority creditor's name and mailing address**     $ _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Sky Materials c/o Cole Schotz PC<br>1325 Avenue of the Americas<br>Ste 1900<br>New York, NY, 10019 | Line 3.37<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 5,195,692.24 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,195,692.24 |

**Fill in this information to identify the case:**

Debtor name ___Inspiron, Inc._____

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): ___19-23534_____    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Nonresidential Real Property Lease: | 535 Eighth Avenue LLC<br>c/o Olmstead Properties<br>575 Eighth Avenue, Ste. 2400<br>New York, NY, 10018 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Copier Lease | Reliable<br>4442 Arthur Kill Road<br>Staten Island, NY, 10309 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIA Standard Form Agreement Owner / Contractor<br>Project:  1283 Bergen St., Brooklyn NY 11213 | Julian Svedosh<br>535 Classon Avenue., #501<br>Brooklyn, NY, 11238 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIA Standard Form Agreement Owner / Contractor<br>Project: 120 Java St., Brooklyn, NY 11222 | 120 Java Street LLC<br>120 East 23rd Street #5022<br>New York, NY, 10010 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AIA  Standard Form Agreement Owner and Contractor:<br>Project: Parking Lot Upgrades, 110 Varick Ave., Brooklyn, NY 11206 | Stewart Purchase LLC<br>c/o S&G Realty I LLC<br>100 Bogard Street, 4th Flr<br>Brooklyn, NY, 11206 |

| Debtor | Inspiron, Inc. | Case number (if known) | 19-23534 |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | AIA  Standard Form Agreement Owner and Contractor: Project: 8-60 164th Street, Jamaica, NY 11432 | First Jamaica Community & urban Development Corp. 89-60 164th Street Jamaica, NY, 11432 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | AIA  Standard Form Agreement Owner and Contractor: Project: 8 Sain Marks Place, Brooklyn, NY 11217 | 8 Saint Marks LLC c/o Barret Design LLC 45 Main Street, Ste 708 Brooklyn, NY, 11201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | AIA  Standard Form Agreement Owner and Contractor: Project: 3 E. 3rd Street, New York, New York | 3 East 3rd St. LLC c/o Barret Design, LLC 45 Main Street Ste. 708 Brooklyn, NY, 11201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | AIA  Standard Form Agreement Owner and Contractor: Project: 1 Nassau Avenue, Brooklyn NY | 1 Nassau Owner LLC c/o CCM 217 Havermeyer Street, 4th Flr Brooklyn, NY, 11211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | AIA  Standard Form Agreement Owner and Contractor: Project: 1 Nassau Avenue, Brooklyn NY | Vital East LLC 525 S. Coast Highway Oceanside, CA, 92054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.___ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Inspiron, Inc.

United States Bankruptcy Court for the:  Southern District of New York

Case number (If known):  19-23534

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 | | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name ___Inspiron, Inc.___

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): ___19-23534___

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From 01/01/2019 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>❑ Other | $ _____1.00 |
| **For prior year:** From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>❑ Other | $ ___15,000,000.00 |
| **For the year before that:** From 01/01/2017 to 12/31/2017<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>❑ Other | $ ___22,270,033.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

|  | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From _____ to Filing date<br>MM / DD / YYYY | | _____ | $ _____ |
| **For prior year:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | | _____ | $ _____ |
| **For the year before that:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | | _____ | $ _____ |

Debtor _____Inspiron, Inc._____    Case number *(if known)*___19-23534_____
           Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached 90- day check run<br>Creditor's name | _____<br>_____<br>_____<br>_____ | $ 0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | _____<br>_____<br>_____<br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ |  |
|  | **Relationship to debtor**<br>_____ |  |  |  |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ |  |
|  | **Relationship to debtor**<br>_____ |  |  |  |

Debtor    Inspiron, Inc.
_____    Case number (*if known*)___19-23534_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Brian Cuddihy v. Bronx Pro Group Llc, Dreamyard 1017 Home Street Housing Development Fund Corporation, Home Builders 1 L P, Inspiron Construction | Super Worked for Inspiron - Inspiron was not on project lied on app. saying par of Inspiron - SSBJ cubed In | Bronx County Supreme Court<br><br>851 Grand Concourse<br>Bronx, NY 10451 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>_____ | | | |
| 7.2. | **Case title**<br>KENNETH HART - v. - ALEN GERSHKOVICH et al | Breach of Contract | **Court or agency's name and address**<br>Supreme Court, New York County<br><br>60 Centre Street<br>New York, NY 10007 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>654100/2018<br>_____ | | | |

Debtor   Inspiron, Inc.
_____
         Name

Case number (*if known*) 19-23534
_____

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor     Inspiron, Inc.
_____     Case number (*if known*) __19-23534_____
           Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kirby Aisner & Curley LLP | | 8/23/2019 | $ 40,000.00 |
| | **Address** | | | |
| | 700 Post Road Suite 237 Scarsdale, NY 10583 | | | |
| | **Email or website address** www.kacllp.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor    Inspiron, Inc.
_____    Case number (if known)  19-23534
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.  _____                                    _____   $_____

Address

Relationship to debtor

_____

Who received transfer?                                             _____   $_____

13.2.  _____

Address

Relationship to debtor

_____

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.                                          From _____   To _____

14.2.                                          From _____   To _____

| Debtor | Inspiron, Inc. | Case number (*if known*) | 19-23534 |
|---|---|---|---|
| | Name | | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor   Inspiron, Inc.
         _____        Case number (*if known*)  19-23534
         Name

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

---

| Debtor | Inspiron, Inc. | Case number (if known) 19-23534 |
|---|---|---|
| | Name | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

| Debtor | Inspiron, Inc. | Case number *(if known)* | 19-23534 |
|---|---|---|---|
| | Name | | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

| Debtor | Inspiron, Inc. | Case number *(if known)* | 19-23534 |
|---|---|---|---|
| | Name | | |

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Innovative Accounting Solutions LLC | From 01/01/2017 |
| Name | |
| 1719 E. 12th Street, Ste 2, Brooklyn, NY 11229 | To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____ |
| Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ |
| Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____ |
| Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |

---

Debtor      Inspiron, Inc.
_____      Case number *(if known)* 19-23534
            Name

---

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor _____Inspiron, Inc._____    Case number (if known)___19-23534_____
                  Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2. _____
      Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alen Gershkovich | , | President | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | |
| Name | | | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | | |
| _____ | | _____ | |

Debtor  Inspiron, Inc.
      Name

Case number (if known)  19-23534

| Name and address of recipient | | |
|---|---|---|
| 30.2     _____ <br>     Name | _____ | _____ |
| | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/18/2019
      MM / DD / YYYY

✖ /s/ Alen Gershkovich _____
Signature of individual signing on behalf of the debtor

Printed name  Alen Gershkovich _____

Position or relationship to debtor  President _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

Debtor Name    Inspiron, Inc.

Case number *(if known)*    19-23534

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**SKY MATERIALS CORP. – v. – INSPIRON, INC. et al**

**1652047/2017**

**Subcontractor Action**

**Supreme Court, New York County**

**60 Centre Street, New York, NY 10007**

**Pending**

**-------**

**Capstone Contracting Corp. v. Inspiron, Inc. et al**

**651970/2019**

**Supreme Court, New York County**

**60 Centre Street, New York, NY 10007**

**Pending**

**-------**

**Inspiron Inc., for an order puruant to Lien Law 17 of the Lien Law continuing a certain notice under mechanic's lien law against premises known as 45 E. 66th St., New York, NY, Block 1381, Lot 1104 v. none**

**154577/2019**

**Mechanic's lien law against premises known as 45 E. 66th St., New York, NY, Block 1381, Lot 1104 v. none**

**Supreme Court, New York County**

**60 Centre Street, New York, NY 10007**

**Pending**

**-------**

**Inspiron Inc. v. none**

**154577/2019**

**Mechanic's lien law against premises known as:
106 Central Park South, New York, New York, Block 1011, Lots 4347 and 4348**

**Supreme Court, New York County**

**60 Centre Street, New York, NY 10007**

**Pending**

**-------**

Debtor Name    Inspiron, Inc.

Case number *(if known)* 19-23534

## Continuation Sheet for Official Form 207

**Concrete Works Corp. et al v. SQUADRA224N6, LLC. et al**

**515159/2019**

**Subcontractor Action**

**Kings County Supreme**

**360 Adams Street, Brooklyn, NY 11201**

**Pending**

-------

**Island Steel & Detailing Corp. v. Inspiron, Inc.**

**654588/2019**

**Subcontractor Action**

**Supreme Court, New York County**

**60 Centre Street, New York, NY 10007**

**Pending**

-------

**ELIAS REDROVAN v. 134 EAST 82ND STREET LLC et al**

**503747/2019**

**Alleges Workplace Injury**

**Kings County Supreme**

**360 Adams Street, Brooklyn, NY 11201**

**Pending**

-------

**Patrick Morrissey v. AK 511 Ventures LLC, Hollister Construction Services LLC, CS 225 Pennsylvania LLC et al**

**522722/2018**

**Alleges workplace injury**

**Kings County Supreme**

**360 Adams Street, Brooklyn, NY 11201**

**Pending**

-------

**EMB Realty LLC v. Inspiron Inc.**

Debtor Name    Inspiron, Inc.

Case number (*if known*)    19-23534

## <u>Continuation Sheet for Official Form 207</u>

**595257/2019**

**Third Party Action – Alleged Workplace Injury**

**Supreme Court, New York County**

**60 Centre Street, New York, NY 10007**

**Pending**

**-------**

5:14 PM

09/12/19

Accrual Basis

**INSPIRON INC**

**Transactions by Account**

900 Day Check Run

As of August 25, 2019

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Chase # 6577** | | | | | | | | | | |
| Total Chase # 6577 | | | | | | | | | | |
| | | | | | | | | | | |
| **Signature Bank** | | | | | | | | | | |
| **Signature  Liberty # 8548** | | | | | | | | | | |
| Check | 05/28/2019 | 4785 | | NYC Department of Buildings | | | X | Business Lice... | | 100.00 |
| Check | 05/28/2019 | 4790 | | DIAMOND MAIDS | | | X | Cleaing & Lau... | | 261.30 |
| Check | 05/28/2019 | 4806 | | Maciej Wolyniec | | | X | Consulting Fees | | 1,000.00 |
| Check | 05/28/2019 | 4802 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 1,400.00 |
| Check | 05/28/2019 | 4804 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 1,728.00 |
| Check | 05/28/2019 | 4801 | | Elkwood Inc. | | | X | Subcontructors | | 3,150.00 |
| Check | 05/28/2019 | 4803 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 3,360.00 |
| Check | 05/29/2019 | | | BILLMATRIX | | | X | Telephone Ex... | | 5.95 |
| Check | 05/29/2019 | | | NISSAN MOTOR | | | X | Car Lease Exp | | 562.26 |
| Check | 05/29/2019 | | | TRANSITCHEKBENEFIT | | | X | Transit Checks | | 1,844.66 |
| Check | 05/30/2019 | 4788 | | MICHAEL FUMEI | | | X | Consulting Fees | | 394.80 |
| Check | 05/31/2019 | 4762 | | COPPER MECHANICAL INC | | | X | Construction ... | | 21,781.66 |
| Check | 05/31/2019 | | | ONLINE XFR to 7659 | | | X | Signature Gen... | | 100,001.00 |
| Check | 06/03/2019 | 4800 | | CON ED | ACH DEBIT ... | | X | Electricity | | 974.61 |
| Check | 06/03/2019 | | | DIAMOND MAIDS | | | X | Cleaing & Lau... | | 261.30 |
| Check | 06/03/2019 | 4715 | | WETHERALL CONTRACTING | CHECK PAID | | X | Subcontructors | | 2,514.60 |
| Check | 06/03/2019 | 4818 | | Szymon Wolyniec | CHECK PAID | | X | Consulting Fees | | 2,800.00 |
| Check | 06/03/2019 | 4799 | | FAIRMONT INSURANCE CORP | CHECK PAID | | X | Worker's Com... | | 11,704.90 |
| Check | 06/03/2019 | 4729 | | A.R.T. INC | CHECK PAID | | X | Construction ... | | 25,946.50 |
| Check | 06/03/2019 | 4807 | | Jonathan L Smith JLS PHOTO | New Employe... | | X | Advertising & ... | | 750.00 |
| Check | 06/05/2019 | | | SWAN TILES | OUTGOING ... | | X | Construction ... | | 18,898.59 |
| Check | 06/07/2019 | 4399 | | Lancelot homeowners associati... | CHECK PAID | | X | Shareholder D... | | 350.00 |
| Check | 06/07/2019 | 4717 | | Marvel Contracting Service, Inc. | CHECK PAID | | X | Subcontructors | | 9,190.00 |
| Check | 06/10/2019 | 4821 | | Elkwood Inc. | CHECK PAID | | X | Subcontructors | | 915.00 |
| Check | 06/10/2019 | 4845 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 1,120.00 |
| Check | 06/10/2019 | 4849 | | Maciej Wolyniec | CHECK PAID | | X | Consulting Fees | | 1,125.00 |
| Check | 06/10/2019 | 4847 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 1,184.00 |
| Check | 06/10/2019 | 4819 | | Maciej Wolyniec | CHECK PAID | | X | Consulting Fees | | 1,250.00 |
| Check | 06/10/2019 | 4734 | | City SAFETY COMPLIANCE C... | CHECK PAID | | X | Other Constru... | | 1,320.00 |
| Check | 06/10/2019 | 4730 | | MARJAM SUPPLY CO | CHECK PAID | | X | Construction ... | | 1,411.01 |
| Check | 06/10/2019 | 4817 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 1,480.00 |
| Check | 06/10/2019 | 4815 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 1,680.00 |
| Check | 06/10/2019 | 4846 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 2,240.00 |
| Check | 06/10/2019 | 4820 | | Elkwood Inc. | CHECK PAID | | X | Subcontructors | | 2,310.00 |
| Check | 06/10/2019 | 4844 | | Elkwood Inc. | CHECK PAID | | X | Subcontructors | | 2,310.00 |
| Check | 06/10/2019 | 4816 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 3,360.00 |
| Check | 06/10/2019 | 4735 | | MARJAM SUPPLY CO | CHECK PAID | | X | Construction ... | | 7,929.65 |
| Bill Pmt -Check | 06/10/2019 | | | ROLLING GATE SERVICES C... | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 06/11/2019 | 4861 | | Silver Cup Scaffolding | | | X | Construction ... | | 13,500.00 |
| Check | 06/11/2019 | | | INFINITIAUTO LEASE 2 | ACH DEBIT I... | | X | Car Lease Exp | | 495.28 |
| Check | 06/12/2019 | 4733 | | Colgate Rental Corp | | | X | Rental Equipm... | | 2,286.39 |
| Check | 06/13/2019 | 4825 | | DIAMOND MAIDS | CHECK PAID | | X | Cleaing & Lau... | | 261.30 |
| Check | 06/13/2019 | 4850 | | DIAMOND MAIDS | CHECK PAID | | X | Cleaing & Lau... | | 261.30 |
| Check | 06/13/2019 | 4731 | | CS BRIDGE CORP | CHECK PAID | | X | Subcontructors | | 16,454.29 |
| Check | 06/13/2019 | 4792 | | Midwood Doors | inv#47752 | | X | Construction ... | | 8,878.63 |
| Bill Pmt -Check | 06/13/2019 | | | Silver Cup Scaffolding | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 06/13/2019 | 4869 | | ThyssenKrupp Elevator | | | X | Accounts Pay... | | 18,145.00 |
| Check | 06/14/2019 | 4866 | | JJ MATTHEWS INC | CHECK PAID | | X | Subcontructors | | 27,000.00 |
| Check | 06/14/2019 | 4843 | | ORBIT PLUMBING & HEATIN... | CHECK PAID | | X | Accounts Pay... | | 6,100.00 |
| Check | 06/14/2019 | 4851 | | HOBOKEN FLOORING LLC | CHECK PAID | | X | Subcontructors | | 30,762.67 |
| Check | 06/14/2019 | 4875 | | Elkwood Inc. | CHECK PAID | | X | Accounts Pay... | | 33,705.00 |
| Check | 06/14/2019 | 4880 | | Zin Electrical Inc | CHECK PAID | | X | Accounts Pay... | | 40,000.00 |
| Check | 06/14/2019 | 4855 | | WINDOWS NYC | Inv #300 | | X | Accounts Pay... | | 51,452.88 |
| Check | 06/14/2019 | | | FAIRMONT INSURANCE CORP | ACH DEBIT ... | | X | Worker's Com... | | 48,401.56 |
| Bill Pmt -Check | 06/14/2019 | | | Elkwood  Inc. | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/14/2019 | | | ORBIT PLUMBING & HEATIN... | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/14/2019 | | | Zin Electrical Inc | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/14/2019 | | | BROTHERS ACM DRYWALL | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 06/17/2019 | 4739 | | United Rentals | CHECK PAID | | X | Rental Equipm... | | 1,913.38 |
| Check | 06/17/2019 | 4888 | | RONALD VAISMAN | CHECK PAID | | X | Travel & Fees | | 2,275.94 |
| Check | 06/17/2019 | 4886 | | Safeway | CHECK PAID | | X | Security | | 2,600.00 |
| Check | 06/17/2019 | 4848 | | Szymon Wolyniec | CHECK PAID | | X | Consulting Fees | | 2,800.00 |
| Check | 06/17/2019 | 4887 | | ROLLING GATE SERVICES C... | CHECK PAID | | X | Accounts Pay... | | 6,000.00 |
| Check | 06/17/2019 | 4796 | | Worldwide Environmental Prod... | CHECK PAID | | X | Construction ... | | 12,555.00 |
| Check | 06/17/2019 | 4873 | | Deer Park RENTAL EQUIPMENT | CHECK PAID | | X | Accounts Pay... | | 13,211.63 |
| Check | 06/17/2019 | 4823 | | United Rentals | CHECK PAID | | X | Rental Equipm... | | 20,406.55 |
| Check | 06/17/2019 | 4879 | | ORBIT PLUMBING & HEATIN... | CHECK PAID | | X | Subcontructors | | 23,400.00 |
| Check | 06/17/2019 | 4913 | | BROTHERS ACM DRYWALL | CHECK PAID | | X | Accounts Pay... | | 23,608.27 |
| Check | 06/17/2019 | 4863 | | BROTHERS ACM DRYWALL | CHECK PAID | | X | Subcontructors | | 27,293.79 |
| Check | 06/17/2019 | 4893 | | VELU GENERAL CONTRACTI... | CHECK PAID | | X | Subcontructors | | 28,000.00 |
| Check | 06/17/2019 | 4878 | | 3 INDUSTRIES CORP | CHECK PAID | | X | Accounts Pay... | | 30,600.00 |
| Check | 06/17/2019 | 4885 | | Deer Park RENTAL EQUIPMENT | CHECK PAID | | X | Rental Equipm... | | 40,000.00 |
| Check | 06/17/2019 | 4862 | | ECCOSUPPLY | CHECK PAID | | X | Construction ... | | 43,141.30 |
| Check | 06/17/2019 | 4854 | | Midwood Doors | CHECK PAID | | X | Construction ... | | 54,390.72 |
| Check | 06/17/2019 | 4829 | | Nordest Services LLC | CHECK PAID | | X | Accounts Pay... | | 75,000.00 |
| Check | 06/17/2019 | 4884 | | CONCRETE WORK CORP | CHECK PAID | | X | Subcontructors | | 80,000.00 |
| Check | 06/17/2019 | 4874 | | CONCRETE WORK CORP | CHECK PAID | | X | Subcontructors | | 90,000.00 |
| Check | 06/17/2019 | 4828 | | New York Insulation INC | CHECK PAID | | X | Accounts Pay... | | 125,500.00 |
| Check | 06/17/2019 | 4877 | | HI-TECH METAL SOLUTIONS | CHECK PAID | | X | Accounts Pay... | | 162,000.00 |
| Check | 06/17/2019 | 4900 | | Empire Cabinets & Marble INC | 455642/4556... | | X | Construction ... | | 27,577.14 |
| Bill Pmt -Check | 06/17/2019 | | | CONCRETE WORK CORP | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/17/2019 | | | HI-TECH METAL SOLUTIONS | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/17/2019 | | | Nordest Services LLC | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/17/2019 | | | ORBIT PLUMBING & HEATIN... | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/17/2019 | | | 3-INDUSTRIES CORP | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/17/2019 | | | Deer Park RENTAL EQUIPMENT | QuickBooks ... | | X | Accounts Pay... | 0.00 | |

5:14 PM

09/12/19

Accrual Basis

**INSPIRON INC**

**Transactions by Account**

**As of August 25, 2019**

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|-----|------|------|-------|-----|-------|-------|--------|
| Check | 06/18/2019 | 4891 | | Elkwood Inc. | CHECK PAID | | X | Subcontructors | | 424.30 |
| Check | 06/18/2019 | 4912 | | Maciej Wolyniec | CHECK PAID | | X | Consulting Fees | | 1,250.00 |
| Check | 06/18/2019 | 4908 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 1,400.00 |
| Check | 06/18/2019 | 4910 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 1,448.00 |
| Check | 06/18/2019 | 4909 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 1,960.00 |
| Check | 06/18/2019 | 4890 | | Elkwood Inc. | CHECK PAID | | X | Subcontructors | | 2,310.00 |
| Check | 06/18/2019 | 4795 | | GOLIATH CONTRACTING LLC | CHECK PAID | | X | Accounts Pay... | | 2,407.18 |
| Check | 06/18/2019 | 4911 | | Szymon Wolyniec | CHECK PAID | | X | Consulting Fees | | 2,800.00 |
| Check | 06/18/2019 | 4915 | | TSA Builders Corp | CHECK PAID | | X | Accounts Pay... | | 10,000.00 |
| Check | 06/18/2019 | 4856 | | American Security | CHECK PAID | | X | Subcontructors | | 12,057.50 |
| Check | 06/18/2019 | 4865 | | GOLIATH CONTRACTING LLC | CHECK PAID | | X | Accounts Pay... | | 30,000.00 |
| Check | 06/18/2019 | 4864 | | DDS MECHANICAL PLUMBIN... | CHECK PAID | | X | Accounts Pay... | | 36,731.60 |
| Check | 06/18/2019 | | | Transfer to Ac... # 9798 | TRANSFER ... | | X | Signature "Ba... | | 7,693.18 |
| Check | 06/18/2019 | | | Web Transfer-7659 | TRANSFER ... | | X | Signature Gen... | | 100,001.00 |
| Bill Pmt -Check | 06/18/2019 | | | DDS MECHANICAL PLUMBIN... | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/18/2019 | | | TSA Builders Corp | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 06/19/2019 | 4899 | | M & S STEEL FABRICATORS I... | CHECK PAID | | X | Construction ... | | 1,700.00 |
| Check | 06/19/2019 | 4870 | | SONEX CONSTRUCTION CORP | CHECK PAID | | X | Subcontructors | | 9,000.00 |
| Check | 06/19/2019 | 4872 | | LCD ELEVATOR INC. | CHECK PAID | | X | Subcontructors | | 34,830.00 |
| Bill Pmt -Check | 06/19/2019 | | | New York Insulation INC | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/19/2019 | | | Zin Electrical Inc | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 06/20/2019 | 4859 | | CALL A HEAD CORP | CHECK PAID | | X | Tools and Sm... | | 551.89 |
| Check | 06/20/2019 | 4830 | | CALL A HEAD CORP | CHECK PAID | | X | Tools and Sm... | | 711.06 |
| Check | 06/20/2019 | 4837 | | City SAFETY COMPLIANCE C... | | | X | Other Constru... | | 975.00 |
| Check | 06/20/2019 | 4812 | | VENUS FIRE PROTECTIon & s... | CHECK PAID | | X | Safety &Traini... | | 1,113.67 |
| Check | 06/20/2019 | 4883 | | Colgate Rental Corp | CHECK PAID | | X | Rental Equipm... | | 1,897.70 |
| Check | 06/20/2019 | 4809 | | CALL A HEAD CORP | CHECK PAID | | X | Tools and Sm... | | 2,424.88 |
| Check | 06/20/2019 | 4808 | | MARJAM SUPPLY CO | CHECK PAID | | X | Construction ... | | 2,792.02 |
| Check | 06/20/2019 | 4858 | | MARJAM SUPPLY CO | CHECK PAID | | X | Construction ... | | 3,341.38 |
| Check | 06/20/2019 | 4835 | | Colgate Rental Corp | CHECK PAID | | X | Rental Equipm... | | 5,030.03 |
| Check | 06/20/2019 | 4842 | | MARJAM SUPPLY CO | CHECK PAID | | X | Construction ... | | 7,842.72 |
| Check | 06/20/2019 | 4860 | | Colgate Rental Corp | CHECK PAID | | X | Rental Equipm... | | 11,517.90 |
| Check | 06/20/2019 | 4914 | | ELITE FLOORING LLC | CHECK PAID | | X | Subcontructors | | 14,000.00 |
| Check | 06/20/2019 | 4903 | | MARJAM SUPPLY CO | CHECK PAID | | X | Construction ... | | 25,764.58 |
| Check | 06/20/2019 | 4824 | | BANK DIRECT CAPITAL FINA... | CHECK PAID | | X | Loan 782889 | | 28,063.64 |
| Check | 06/20/2019 | 4853 | | Colgate Enterprise Corp | CHECK PAID | | X | Subcontructors | | 32,662.26 |
| Check | 06/20/2019 | 4871 | | RITE TECHNICAL SERVICES I... | CHECK PAID | | X | Accounts Pay... | | 75,000.00 |
| Check | 06/20/2019 | 4934 | | Elkwood Inc. | 6/13/19 - calk... | | X | Construction ... | | 487.78 |
| Check | 06/20/2019 | 4933 | | Elkwood Inc. | Fireproofing | | X | Construction ... | | 355.80 |
| Check | 06/20/2019 | 4932 | | Elkwood Inc. | moving mater... | | X | Other Constru... | | 68.50 |
| Check | 06/20/2019 | 4935 | | Elkwood Inc. | gas,mis. | | X | Other Constru... | | 448.35 |
| Check | 06/20/2019 | 4983 | | MARJAM SUPPLY CO | 1213788; 11... | | X | Construction ... | | 12,550.36 |
| Check | 06/20/2019 | | | Transfer to Ac... # 9798 | TRANSFER ... | | X | Signature "Ba... | | 117,687.23 |
| Check | 06/20/2019 | | | Build.com | OUTGOING ... | | X | Construction ... | | 24,773.61 |
| Check | 06/20/2019 | | | Withdrawal | DOB for viola... | | X | Fines | | 9,000.00 |
| Bill Pmt -Check | 06/20/2019 | | | RITE TECHNICAL SERVICES I... | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 06/21/2019 | 4665 | | Atlantic Stairs | CHECK PAID | | X | Subcontructors | | 6,000.00 |
| Check | 06/21/2019 | 4667 | | Atlantic Stairs | CHECK PAID | | X | Subcontructors | | 6,000.00 |
| Check | 06/21/2019 | 4867 | | 535 Eight Avenue LLC | CHECK PAID | | X | Rent Expense | | 31,530.65 |
| Check | 06/21/2019 | | | 3-INDUSTRIES CORP | OUTGOING ... | | X | Subcontructors | | 74,922.09 |
| Bill Pmt -Check | 06/22/2019 | 4984 | | ROLLING GATE SERVICES C... | CHECK PAID | | X | Accounts Pay... | | 24,000.00 |
| Bill Pmt -Check | 06/22/2019 | 4951 | | CONTROL POINT ASSOC | CHECK PAID | | X | Accounts Pay... | | 5,000.00 |
| Bill Pmt -Check | 06/22/2019 | 4986 | | ROLLING GATE SERVICES C... | CHECK PAID | | X | Accounts Pay... | | 8,000.00 |
| Check | 06/24/2019 | 4916 | | DIAMOND MAIDS | CHECK PAID | | X | Cleaing & Lau... | | 391.95 |
| Check | 06/24/2019 | 4841 | | Worldwide Environmental Prod... | CHECK PAID | | X | Construction ... | | 1,575.00 |
| Check | 06/24/2019 | 4811 | | FLASH REPROGRAPH | CHECK PAID | | X | Printing & Rep... | | 1,772.57 |
| Check | 06/24/2019 | 4941 | | Szymon Wolyniec | CHECK PAID | | X | Consulting Fees | | 2,800.00 |
| Check | 06/24/2019 | 4919 | | CONTROL POINT ASSOC | CHECK PAID | | X | Land Surveyor | | 3,200.00 |
| Check | 06/24/2019 | 4898 | | MIDwood LUMBER | CHECK PAID | | X | Subcontructors | | 6,172.02 |
| Check | 06/24/2019 | 4868 | | CS BRIDGE CORP | CHECK PAID | | X | Subcontructors | | 8,136.79 |
| Check | 06/24/2019 | 4895 | | Zin Electrical Inc | CHECK PAID | | X | Accounts Pay... | | 15,435.00 |
| Check | 06/25/2019 | 4940 | | Szymon Wolyniec | CHECK PAID | | X | Consulting Fees | | 47.44 |
| Check | 06/25/2019 | 4937 | | Szymon Wolyniec | CHECK PAID | | X | Consulting Fees | | 49.25 |
| Check | 06/25/2019 | 4938 | | Szymon Wolyniec | CHECK PAID | | X | Consulting Fees | | 276.40 |
| Check | 06/25/2019 | 4939 | | Szymon Wolyniec | CHECK PAID | | X | Consulting Fees | | 307.00 |
| Check | 06/25/2019 | 4936 | | Szymon Wolyniec | CHECK PAID | | X | Consulting Fees | | 308.97 |
| Check | 06/25/2019 | 4838 | | CS BRIDGE CORP | CHECK PAID | | X | Subcontructors | | 522.06 |
| Check | 06/25/2019 | 4943 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 560.00 |
| Check | 06/25/2019 | 4945 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 592.00 |
| Check | 06/25/2019 | 4833 | | United Rentals | CHECK PAID | | X | Rental Equipm... | | 1,010.54 |
| Check | 06/25/2019 | 4921 | | OXFORD HEALTH PLAN | CHECK PAID | | X | Health Insuran... | | 1,426.99 |
| Check | 06/25/2019 | 4917 | | DE LAGE LANDEN FINANCIAL... | CHECK PAID | | X | Equipment Le... | | 1,453.48 |
| Check | 06/25/2019 | 4946 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 1,992.00 |
| Check | 06/25/2019 | 4931 | | Elkwood Inc. | CHECK PAID | | X | Subcontructors | | 2,520.00 |
| Check | 06/25/2019 | 4944 | | MAXCOR INC | CHECK PAID | | X | Subcontructors | | 2,520.00 |
| Check | 06/25/2019 | 4918 | | MIDwood LUMBER | CHECK PAID | | X | Subcontructors | | 3,947.23 |
| Check | 06/25/2019 | 4922 | | OXFORD HEALTH PLAN | CHECK PAID | | X | Health Insuran... | | 9,696.01 |
| Check | 06/25/2019 | 4834 | | CS BRIDGE CORP | CHECK PAID | | X | Subcontructors | | 10,321.24 |
| Check | 06/25/2019 | 4826 | | CS BRIDGE CORP | CHECK PAID | | X | Subcontructors | | 15,931.69 |
| Check | 06/25/2019 | | | TRANSITCHEKBENEFIT | ACH DEBIT ... | | X | Transit Checks | | 1,553.11 |
| Check | 06/26/2019 | 4901 | | CS ILLUMINATION | CHECK PAID | | X | Construction ... | | 31,964.80 |
| Bill Pmt -Check | 06/26/2019 | 4958 | | FLASH REPROGRAPH | CHECK PAID | | X | Accounts Pay... | | 184.30 |
| Bill Pmt -Check | 06/26/2019 | 4959 | | Metropolis Group Inc | CHECK PAID | | X | Accounts Pay... | | 3,000.00 |
| Bill Pmt -Check | 06/26/2019 | 4985 | | M & B RENOVATION CORP | App.#1 | | X | Accounts Pay... | | 14,000.00 |
| Bill Pmt -Check | 06/26/2019 | 4955 | | ROADPLATES | CHECK PAID | | X | Accounts Pay... | | 3,637.39 |
| Bill Pmt -Check | 06/26/2019 | 4953 | | CHRIS SELLITO | CHECK PAID | | X | Accounts Pay... | | 546.38 |
| Bill Pmt -Check | 06/26/2019 | | | HI-TECH METAL SOLUTIONS | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/26/2019 | | | Innovative Accounting Solutions | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 06/27/2019 | 4905 | | BORO LAND SURVEYING PC | CHECK PAID | | X | Land Surveyor | | 800.00 |
| Check | 06/27/2019 | 4889 | | WASTE CONNECTIONS | CHECK PAID | | X | Waste | | 414.40 |
| Check | 06/27/2019 | 4942 | | Maciej Wolyniec | CHECK PAID | | X | Consulting Fees | | 1,250.00 |

5:14 PM

09/12/19

Accrual Basis

**INSPIRON INC**
**Transactions by Account**
**As of August 25, 2019**

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 06/27/2019 | 4978 | | BROTHERS ACM DRYWALL | CHECK PAID | | X | Accounts Pay... | | 50,000.00 |
| Bill Pmt -Check | 06/27/2019 | 4976 | | EXPRESSIVE LIGHTING INC | | | X | Accounts Pay... | | 23,414.68 |
| Bill Pmt -Check | 06/27/2019 | 4977 | | custom granite & marble | CHECK PAID | | X | Accounts Pay... | | 10,000.00 |
| Bill Pmt -Check | 06/27/2019 | 4979 | | CC EXPEDITING SERVICES C... | CHECK PAID | | X | Accounts Pay... | | 750.00 |
| Check | 06/27/2019 | 4972 | | Elkwood Inc. | reim 06/20-0... | | X | Other Constru... | | 442.78 |
| Check | 06/27/2019 | 4963 | | MAXCOR INC | MP 06.21.19 | | X | Subcontractors | | 3,360.00 |
| Check | 06/27/2019 | 4968 | | Szymon Wolyniec | reimb 06/19-... | | X | Construction ... | | 7,082.00 |
| Bill Pmt -Check | 06/27/2019 | 4980 | | ELITE FLOORING LLC | CHECK PAID | | X | Accounts Pay... | | 7,000.00 |
| Bill Pmt -Check | 06/27/2019 | 4981 | | Got Solutions | Clean Service | | X | Accounts Pay... | | 525.00 |
| Bill Pmt -Check | 06/27/2019 | 4982 | | US ALFATECH OF NY CORP | CHECK PAID | | X | Accounts Pay... | | 4,906.93 |
| Bill Pmt -Check | 06/27/2019 | | | HI-TECH METAL SOLUTIONS | OUTGOING ... | | X | Accounts Pay... | | 162,000.00 |
| Bill Pmt -Check | 06/27/2019 | 4975 | | RITE TECHNICAL SERVICES I... | need date of ... | | X | Accounts Pay... | | 25,650.00 |
| Check | 06/27/2019 | | | TREMAR MANAGEMENT INC | outgoing ... | | X | Subcontractors | | 20,002.00 |
| Check | 06/27/2019 | 4965 | | Szymon Wolyniec | mp 06.14.19 | | X | -SPLIT- | | 2,800.00 |
| Check | 06/28/2019 | 4930 | | BROTHERS ACM DRYWALL | CHECK PAID | | X | Accounts Pay... | | 13,500.00 |
| Check | 06/28/2019 | 4920 | | FL METAL GLASS | CHECK PAID | | X | Construction ... | | 18,725.00 |
| Check | 06/28/2019 | 4894 | | van communications corp | CHECK PAID | | X | Accounts Pay... | | 28,475.10 |
| Bill Pmt -Check | 06/28/2019 | 4990 | | TSA Builders Corp | CHECK PAID | | X | Accounts Pay... | | 5,000.00 |
| Bill Pmt -Check | 06/28/2019 | 4989 | | DDS MECHANICAL PLUMBIN... | Contract | | X | Accounts Pay... | | 12,996.00 |
| Bill Pmt -Check | 06/28/2019 | 4988 | | ADS WINDOW INC | CHECK PAID | | X | Accounts Pay... | | 16,920.00 |
| Bill Pmt -Check | 06/28/2019 | 4987 | | GP LANDSCAPING | CHECK PAID | | X | Accounts Pay... | | 10,000.00 |
| Bill Pmt -Check | 06/28/2019 | | | BROTHERS ACM DRYWALL | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 06/30/2019 | 5023 | | ORBIT PLUMBING & HEATIN... | CHECK PAID | | X | Accounts Pay... | | 40,000.00 |
| Check | 07/01/2019 | 4969 | | Szymon Wolyniec | reimb | | X | Parking & Tolls | | 10.75 |
| Check | 07/01/2019 | 4970 | | Szymon Wolyniec | reimb | | X | Parking & Tolls | | 10.75 |
| Check | 07/01/2019 | 4971 | | Szymon Wolyniec | reimb | | X | Parking & Tolls | | 10.75 |
| Check | 07/01/2019 | 4967 | | Szymon Wolyniec | reimb for travel | | X | Travel & Fees | | 81.00 |
| Check | 07/01/2019 | 4962 | | MAXCOR INC | MP 06.21.19 | | X | Subcontractors | | 592.00 |
| Check | 07/01/2019 | 4966 | | Maciej Wolyniec | MP 06.14.19 | | X | Consulting Fees | | 1,250.00 |
| Check | 07/01/2019 | 4964 | | MAXCOR INC | MP 06.14.19 | | X | Subcontractors | | 2,568.00 |
| Check | 07/01/2019 | 4973 | | Elkwood Inc. | MP 06/15-06/... | | X | Subcontractors | | 2,940.00 |
| Bill Pmt -Check | 07/01/2019 | 4993 | | AR CONSULTING ENGINEER ... | CHECK PAID | | X | Accounts Pay... | | 7,500.00 |
| Bill Pmt -Check | 07/01/2019 | 4992 | | Zin Electrical Inc | 1 Nassan P 2 | | X | Accounts Pay... | | 31,500.00 |
| Bill Pmt -Check | 07/01/2019 | 4991 | | Elkwood Inc. | CHECK PAID | | X | Accounts Pay... | | 15,907.50 |
| Bill Pmt -Check | 07/01/2019 | | | CONCRETE WORK CORP | OUTGOING ... | | X | Accounts Pay... | | 181,644.08 |
| Check | 07/01/2019 | 4924 | | ADS WINDOW INC | Inv #8 | | X | Accounts Pay... | | 68,650.00 |
| Bill Pmt -Check | 07/01/2019 | | | ADS WINDOW INC | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 07/01/2019 | | | Web Transfer-7659 | TRANSFER ... | | X | Signature Gen... | | 100,001.00 |
| Check | 07/02/2019 | 4994 | | STANDARD SECURIT INSURA... | pOL. 01.01.1... | | X | Disability Insur... | | 2,609.02 |
| Check | 07/02/2019 | 4995 | | DIAMOND MAIDS | CHECK PAID | | X | Accounts Pay... | | 261.30 |
| Check | 07/02/2019 | 4929 | | GBL MECHANICAL INC | App. #1 | | X | Subcontractors | | 7,605.00 |
| Check | 07/02/2019 | 4949 | | DIAMOND MAIDS | Inv#1085 | | X | Cleaing & Lau... | | 261.30 |
| Check | 07/02/2019 | 4950 | | OXFORD HEALTH PLAN | Inv #0709780 | | X | Health Insuran... | | 925.80 |
| Check | 07/02/2019 | 4952 | | BIM CORP INC | 001-34430,1... | | X | Construction ... | | 9,205.82 |
| Check | 07/02/2019 | 4957 | | MARJAH SUPPLY CO | 1186784-00; ... | | X | Construction ... | | 2,738.89 |
| Bill Pmt -Check | 07/02/2019 | 4960 | | DIAMOND MAIDS | Inv #1086 | | X | Cleaing & Lau... | | 1,992.41 |
| Bill Pmt -Check | 07/02/2019 | | | CALL A HEAD CORP | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 07/02/2019 | | | CON ED | ACH DEBIT ... | | X | Electricity | | 1,771.94 |
| Check | 07/03/2019 | 5002 | | Maciej Wolyniec | 06.28.19 | | X | Consulting Fees | | 1,250.00 |
| Check | 07/03/2019 | 5001 | | Szymon Wolyniec | MP 6.28.19 | | X | Consulting Fees | | 2,800.00 |
| Bill Pmt -Check | 07/03/2019 | 4997 | | GROWTH DYNAMICS LLC | CHECK PAID | | X | Accounts Pay... | | 2,000.00 |
| Check | 07/03/2019 | 5003 | | Szymon Wolyniec | CHECK PAID | | X | -SPLIT- | | 754.75 |
| Check | 07/03/2019 | 5004 | | Szymon Wolyniec | CHECK PAID | | X | -SPLIT- | | 601.35 |
| Check | 07/03/2019 | 5005 | | Szymon Wolyniec | CHECK PAID | | X | Travel & Fees | | 120.50 |
| Check | 07/03/2019 | 5006 | | Szymon Wolyniec | Reimb | | X | Other Constru... | | 152.39 |
| Check | 07/03/2019 | 5007 | | Szymon Wolyniec | CHECK PAID | | X | Construction ... | | 50.95 |
| Check | 07/03/2019 | 4998 | | MAXCOR INC | MP 06.28.19 | | X | Subcontractors | | 2,800.00 |
| Check | 07/03/2019 | 4999 | | MAXCOR INC | MP 06.28.19 | | X | Subcontractors | | 3,456.00 |
| Check | 07/03/2019 | 5000 | | MAXCOR INC | MP 06.28.19 | | X | Subcontractors | | 280.00 |
| Check | 07/03/2019 | 4996 | | Elkwood Inc. | MP 06/22-06/... | | X | Subcontractors | | 2,940.00 |
| Check | 07/03/2019 | 4400 | | Lanulot Home Owners | Alens Person... | | X | Shareholder D... | | 350.00 |
| Check | 07/03/2019 | 4925 | | LONG ISLAND APPLIANCE W... | 022-1548696... | | X | Construction ... | | 34,127.96 |
| Check | 07/09/2019 | 5009 | | 535 Eight Avenue LLC | July 2019 | | X | Rent Expense | | 39,974.12 |
| Bill Pmt -Check | 07/09/2019 | 5010 | | DIAMOND MAIDS | CHECK PAID | | X | Accounts Pay... | | 152.43 |
| Check | 07/09/2019 | 5011 | | BANK DIRECT CAPITAL FINA... | LOAN 782889 | | X | Loan 782889 | | 28,063.64 |
| Bill Pmt -Check | 07/09/2019 | 5008 | | WASTE CONNECTIONS | | | X | Accounts Pay... | | 414.00 |
| Bill Pmt -Check | 07/10/2019 | | | OXFORD HEALTH PLAN | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 07/10/2019 | | | NYC Dept of Finance | CRT Penalties | | X | Fines | | 259.34 |
| Check | 07/10/2019 | 4947 | | MAZEL DAY SCHOOL | Inv # 14 /ann... | | X | Shareholder D... | | 5,000.00 |
| Check | 07/10/2019 | 4948 | | Brendan McBride | lunch  & one ... | | X | Business Dev... | | 200.00 |
| Check | 07/11/2019 | 5031 | | MAXCOR INC | MP 07.05.19 | | X | Subcontructors | | 3,456.00 |
| Check | 07/11/2019 | 5014 | | Elkwood Inc. | MP 06.26.19 | | X | Subcontructors | | 2,730.00 |
| Check | 07/11/2019 | 5030 | | MAXCOR INC | MP | | X | Subcontructors | | 840.00 |
| Check | 07/11/2019 | 5034 | | MAXCOR INC | MP | | X | Subcontructors | | 840.00 |
| Check | 07/11/2019 | 5032 | | MAXCOR INC | MP | | X | Subcontructors | | 280.00 |
| Check | 07/11/2019 | 5029 | | Szymon Wolyniec | reimb | | X | Construction ... | | 698.28 |
| Check | 07/11/2019 | 5028 | | Szymon Wolyniec | reimb | | X | Construction ... | | 67.17 |
| Check | 07/11/2019 | 5027 | | Szymon Wolyniec | reimb | | X | Travel & Fees | | 105.00 |
| Check | 07/11/2019 | 5026 | | Szymon Wolyniec | reimb | | X | Construction ... | | 90.21 |
| Bill Pmt -Check | 07/11/2019 | 5025 | | Bright Architecture | CHECK PAID | | X | Accounts Pay... | | 4,644.00 |
| Bill Pmt -Check | 07/11/2019 | 5022 | | DE LAGE LANDEN FINANCIAL... | CHECK PAID | | X | Accounts Pay... | | 1,488.19 |
| Bill Pmt -Check | 07/11/2019 | 5016 | | NIGERTECH SERVICES INC | CHECK PAID | | X | Accounts Pay... | | 4,000.00 |
| Bill Pmt -Check | 07/11/2019 | 5017 | | New York Insulation INC | As per contract | | X | Accounts Pay... | | 41,000.00 |
| Bill Pmt -Check | 07/11/2019 | 5018 | | M & B RENOVATION CORP | App.#1 | | X | Accounts Pay... | | 13,199.25 |
| Bill Pmt -Check | 07/11/2019 | 5019 | | Worldwide Environmental Prod... | CHECK PAID | | X | Accounts Pay... | | 22,950.00 |
| Bill Pmt -Check | 07/11/2019 | 5020 | | S & S Roofing INC | as per inv #7... | | X | Accounts Pay... | | 20,740.00 |
| Bill Pmt -Check | 07/11/2019 | 5024 | | CONTROL POINT ASSOC | CHECK PAID | | X | Accounts Pay... | | 10,500.00 |
| Check | 07/11/2019 | 5035 | | Szymon Wolyniec | MP 07.05.19 | | X | -SPLIT- | | 2,800.00 |
| Check | 07/11/2019 | 5036 | | Maciej Wolyniec | MP 07.05.19 | | X | -SPLIT- | | 1,250.00 |
| Check | 07/11/2019 | | | INFINITIAUTO LEASE 2 | ACH DEBIT I... | | X | Car Lease Exp | | 495.28 |
| Bill Pmt -Check | 07/11/2019 | 5015 | | Nordest Services LLC | | | X | Accounts Pay... | | 23,597.00 |

Page 3

5:14 PM

09/12/19

**INSPIRON INC**

**Transactions by Account**

Accrual Basis                                   **As of August 25, 2019**

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|-----|------|------|-------|-----|-------|-------|--------|
| Check | 07/11/2019 | | | Innovative Accounting Solutions | | | X | Accounting Fe... | | 11,300.00 |
| Check | 07/12/2019 | 5037 | | BRIAN ESCOBAR | Refferal | | X | Advertising & ... | | 2,000.00 |
| Check | 07/12/2019 | 5021 | | NYC Department of Transportat... | car #201945 ... | | X | Fines | | 40.00 |
| Bill Pmt -Check | 07/12/2019 | 5038 | | New York Insulation INC | CHECK PAID | | X | Accounts Pay... | | 25,900.00 |
| Bill Pmt -Check | 07/12/2019 | 5040 | | ORBIT PLUMBING & HEATIN... | Deposit/mobil... | | X | Accounts Pay... | | 11,300.00 |
| Bill Pmt -Check | 07/12/2019 | 5041 | | VELU GENERAL CONTRACTI... | CHECK PAID | | X | Accounts Pay... | | 20,000.00 |
| Bill Pmt -Check | 07/12/2019 | 5039 | | Zin Electrical Inc | Contr. Sum | | X | Accounts Pay... | | 21,700.00 |
| Bill Pmt -Check | 07/12/2019 | 5042 | | New York Insulation INC | Deposit | | X | Accounts Pay... | | 8,982.19 |
| Bill Pmt -Check | 07/12/2019 | | | Zin Electrical Inc | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Check | 07/12/2019 | 4822 | | CHRIS SELLITO | supply reimb | | X | Construction ... | | 293.84 |
| Check | 07/12/2019 | 4857 | | CHRIS SELLITO | client meetin... | | X | Business Dev... | | 34.75 |
| Bill Pmt -Check | 07/14/2019 | 5045 | | OXFORD HEALTH PLAN | 08/01-08/31/19 | | X | Accounts Pay... | | 6,666.01 |
| Bill Pmt -Check | 07/15/2019 | 5044 | | OXFORD HEALTH PLAN | 08/01-08/31/19 | | X | Accounts Pay... | | 1,426.99 |
| Check | 07/15/2019 | 4926 | | MICHAEL D FUMEI | Bllubcam soft... | | X | Computer & In... | | 379.97 |
| Check | 07/15/2019 | 4928 | | A & G DELTA Roofing | Inv #1 | | X | Subcontructors | | 2,500.00 |
| Bill Pmt -Check | 07/16/2019 | 5043 | | OXFORD HEALTH PLAN | 08/01-08/31/9 | | X | Accounts Pay... | | 800.78 |
| Bill Pmt -Check | 07/18/2019 | 5057 | | CARDELLA WASTE | CHECK PAID | | X | Accounts Pay... | | 2,240.00 |
| Bill Pmt -Check | 07/18/2019 | 5073 | | VELU GENERAL CONTRACTI... | CHECK PAID | | X | Accounts Pay... | | 29,300.00 |
| Bill Pmt -Check | 07/18/2019 | 5075 | | custom granite & marble | CHECK PAID | | X | Accounts Pay... | | 30,272.61 |
| Bill Pmt -Check | 07/18/2019 | 5052 | | DDS MECHANICAL PLUMBIN... | CHECK PAID | | X | Accounts Pay... | | 40,972.50 |
| Bill Pmt -Check | 07/18/2019 | 5055 | | ELITE FLOORING LLC | Inv date 11/2... | | X | Accounts Pay... | | 40,000.00 |
| Bill Pmt -Check | 07/18/2019 | 5049 | | Empire Cabinets & Marble INC | as per contra... | | X | Accounts Pay... | | 54,531.00 |
| Bill Pmt -Check | 07/18/2019 | 5074 | | M & S STEEL FABRICATORS I... | CHECK PAID | | X | Accounts Pay... | | 23,000.00 |
| Check | 07/18/2019 | 5065 | | Elkwood Inc. | MP 07.06.19 | | X | Subcontructors | | 2,940.00 |
| Check | 07/18/2019 | 5060 | | Szymon Wolyniec | REIMB | | X | Construction ... | | 81.44 |
| Check | 07/18/2019 | 5061 | | Szymon Wolyniec | PARKING TI... | | X | VIOLATIONS | | 115.00 |
| Check | 07/18/2019 | 5062 | | Szymon Wolyniec | REIMB | | X | -SPLIT- | | 550.25 |
| Check | 07/18/2019 | 5063 | | Szymon Wolyniec | CHECK PAID | | X | -SPLIT- | | 464.21 |
| Check | 07/18/2019 | 5064 | | Szymon Wolyniec | CHECK PAID | | X | -SPLIT- | | 469.15 |
| Check | 07/18/2019 | 5072 | | Szymon Wolyniec | 07.12.19 | | X | -SPLIT- | | 2,800.00 |
| Check | 07/18/2019 | 5066 | | MAXCOR INC | MP 07.12.19 | | X | Subcontructors | | 1,400.00 |
| Check | 07/18/2019 | 5067 | | MAXCOR INC | MP 07.12.19 | | X | Subcontructors | | 2,320.00 |
| Check | 07/18/2019 | 5068 | | MAXCOR INC | MP 07.12.19 | | X | Subcontructors | | 1,540.00 |
| Check | 07/18/2019 | 5069 | | MAXCOR INC | MP 07.12.19 | | X | Subcontructors | | 560.00 |
| Bill Pmt -Check | 07/18/2019 | 5046 | | BROTHERS ACM DRYWALL | to confirm date | | X | Accounts Pay... | | 17,707.00 |
| Bill Pmt -Check | 07/18/2019 | 5047 | | BROTHERS ACM DRYWALL | to confirm date | | X | Accounts Pay... | | 27,000.00 |
| Bill Pmt -Check | 07/18/2019 | 5054 | | BROTHERS ACM DRYWALL | to confirm date | | X | Accounts Pay... | | 50,000.00 |
| Check | 07/19/2019 | | | MAVRIDES MOYAL PACKMAN... | OUTGOING ... | | X | Legal Fees | | 2,500.00 |
| Bill Pmt -Check | 07/19/2019 | | | 3-INDUSTRIES CORP | OUTGOING ... | | X | Accounts Pay... | | 144,625.50 |
| Check | 07/22/2019 | 5076 | | Avenir Publishing INC | Inv #DDC8304 | | X | Advertising & ... | | 1,100.00 |
| Check | 07/22/2019 | 5070 | | Maciej Wolyniec | 07.12.19 | | X | Consulting Fees | | 1,250.00 |
| Check | 07/23/2019 | 5071 | | Maciej Wolyniec | 07.12.19 | | X | Consulting Fees | | 250.00 |
| Check | 07/25/2019 | 5088 | | Szymon Wolyniec | 07.13.19 | | X | Construction ... | | 124.05 |
| Check | 07/25/2019 | 5089 | | Szymon Wolyniec | 07/19/19 | | X | Travel & Fees | | 180.17 |
| Check | 07/25/2019 | 5087 | | Szymon Wolyniec | CHECK PAID | | X | Travel & Fees | | 435.36 |
| Check | 07/25/2019 | 5080 | | Elkwood Inc. | 07/13/19 | | X | Subcontructors | | 3,150.00 |
| Check | 07/25/2019 | 5081 | | MAXCOR INC | MP 07.19.19 | | X | Subcontructors | | 1,120.00 |
| Check | 07/25/2019 | 5082 | | MAXCOR INC | MP 07.19.19 | | X | Subcontructors | | 2,056.00 |
| Check | 07/25/2019 | 5083 | | MAXCOR INC | MP 07.19.19 | | X | Subcontructors | | 1,960.00 |
| Check | 07/25/2019 | 5084 | | MAXCOR INC | MP 07.19.19 | | X | Subcontructors | | 560.00 |
| Check | 07/25/2019 | 5085 | | Szymon Wolyniec | CHECK PAID | | X | -SPLIT- | | 2,800.00 |
| Check | 07/25/2019 | 5086 | | Maciej Wolyniec | CHECK PAID | | X | -SPLIT- | | 1,250.00 |
| Check | 07/26/2019 | | | TRANSITCHEKBENEFIT | ACH DEBIT ... | | X | Transit Checks | | 1,376.01 |
| Check | 07/26/2019 | 5077 | | RONALD VAISMAN | reimb | | X | Construction ... | | 633.00 |
| Bill Pmt -Check | 07/29/2019 | 5101 | | American Security | CHECK PAID | | X | Accounts Pay... | | 2,000.00 |
| Bill Pmt -Check | 07/29/2019 | | | FAIRMONT INSURANCE CORP | ACH DEBIT ... | | X | Accounts Pay... | | 11,704.90 |
| Bill Pmt -Check | 07/29/2019 | | | FAIRMONT INSURANCE CORP | ACH DEBIT ... | | X | Accounts Pay... | | 250.00 |
| Check | 07/29/2019 | | | target security system llc | | | X | Subcontructors | | 10,787.00 |
| Bill Pmt -Check | 07/29/2019 | 5114 | | RITE TECHNICAL SERVICES I... | CHECK PAID | | X | Accounts Pay... | | 21,212.50 |
| Bill Pmt -Check | 07/29/2019 | 5115 | | ORBIT PLUMBING & HEATIN... | as per John | | X | Accounts Pay... | | 15,000.00 |
| Bill Pmt -Check | 07/29/2019 | 5116 | | CS BRIDGE CORP | | | X | Accounts Pay... | | 4,300.13 |
| Bill Pmt -Check | 07/29/2019 | 5120 | | CONCRETE WORK CORP | CHECK PAID | | X | Accounts Pay... | | 9,500.00 |
| Bill Pmt -Check | 07/29/2019 | 5121 | | Deer Park RENTAL EQUIPMENT | CHECK PAID | | X | Accounts Pay... | | 9,500.00 |
| Bill Pmt -Check | 07/29/2019 | | | MARJAM SUPPLY CO | ACH DEBIT ... | | X | Accounts Pay... | | 1,820.52 |
| Bill Pmt -Check | 07/29/2019 | 5123 | | NIGERTECH SERVICES INC | | | | Accounts Pay... | | 500.00 |
| Bill Pmt -Check | 07/29/2019 | 5124 | | VENUS FIRE PROTECTIon & s... | | | | Accounts Pay... | | 701.03 |
| Bill Pmt -Check | 07/29/2019 | 5105 | | CALL A HEAD CORP | | | | Accounts Pay... | | 794.12 |
| Bill Pmt -Check | 07/29/2019 | 5106 | | FLASH REPROGRAPH | | | | Accounts Pay... | | 45.15 |
| Bill Pmt -Check | 07/29/2019 | 5110 | | New York Insulation INC | | | | Accounts Pay... | | 24,017.81 |
| Bill Pmt -Check | 07/29/2019 | 5111 | | Colgate Rental Corp | | | | Accounts Pay... | | 3,527.56 |
| Bill Pmt -Check | 07/29/2019 | 5112 | | CS BRIDGE CORP | | | | Accounts Pay... | | 871.00 |
| Bill Pmt -Check | 07/29/2019 | 5079 | | HARRIS WATER MAIN & SEW... | CHECK PAID | | X | Accounts Pay... | | 9,925.00 |
| Bill Pmt -Check | 07/29/2019 | 5096 | | Empire Cabinets & Marble INC | CHECK PAID | | X | Accounts Pay... | | 13,288.75 |
| Bill Pmt -Check | 07/29/2019 | 5097 | | VELU GENERAL CONTRACTI... | CHECK PAID | | X | Accounts Pay... | | 26,297.92 |
| Bill Pmt -Check | 07/29/2019 | 5098 | | Marvel Contracting Service, Inc. | | | X | Accounts Pay... | | 7,000.00 |
| Bill Pmt -Check | 07/29/2019 | 5091 | | DIAMOND MAIDS | CHECK PAID | | X | Accounts Pay... | | 783.90 |
| Bill Pmt -Check | 07/29/2019 | 5092 | | Site Safety LLC. | CHECK PAID | | X | Accounts Pay... | | 135.00 |
| Bill Pmt -Check | 07/29/2019 | 5149 | | City Lamber Inc | CHECK PAID | | X | Accounts Pay... | | 917.82 |
| Bill Pmt -Check | 07/29/2019 | 5148 | | CS BRIDGE CORP | CHECK PAID | | X | Accounts Pay... | | 435.50 |
| Bill Pmt -Check | 07/29/2019 | 5147 | | United Rentals | CHECK PAID | | X | Accounts Pay... | | 3,021.08 |
| Bill Pmt -Check | 07/29/2019 | 5146 | | Worldwide Environmental Prod... | CHECK PAID | | X | Accounts Pay... | | 11,175.00 |
| Bill Pmt -Check | 07/29/2019 | 5145 | | Colgate Rental Corp | CHECK PAID | | X | Accounts Pay... | | 3,585.27 |
| Bill Pmt -Check | 07/29/2019 | 5144 | | FLASH REPROGRAPH | CHECK PAID | | X | Accounts Pay... | | 800.55 |
| Bill Pmt -Check | 07/29/2019 | 5143 | | MARJAM SUPPLY CO | CHECK PAID | | X | Accounts Pay... | | 661.21 |
| Bill Pmt -Check | 07/29/2019 | 5142 | | BIM CORP INC | CHECK PAID | | X | Accounts Pay... | | 2,472.50 |
| Bill Pmt -Check | 07/29/2019 | 5127 | | Cassone Leasing | CHECK PAID | | X | Accounts Pay... | | 1,328.45 |
| Bill Pmt -Check | 07/29/2019 | 5129 | | Metropolis Group Inc | CHECK PAID | | X | Accounts Pay... | | 1,500.00 |
| Bill Pmt -Check | 07/29/2019 | 5125 | | MARJAM SUPPLY CO | CHECK PAID | | X | Accounts Pay... | | 60.54 |
| Bill Pmt -Check | 07/29/2019 | 5128 | | United Rentals | CHECK PAID | | X | Accounts Pay... | | 10,848.05 |
| Check | 07/29/2019 | 5117 | | Elkwood Inc. | CHECK PAID | | X | Travel & Fees | | 679.40 |
| Check | 07/29/2019 | 5118 | | Elkwood Inc. | reimb | | X | Construction ... | | 295.09 |

5:14 PM
09/12/19
Accrual Basis

# INSPIRON INC
## Transactions by Account
As of August 25, 2019

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|-----|------|------|-------|-----|-------|-------|--------|
| Check | 07/29/2019 | 5119 | | Elkwood Inc. | CHECK PAID | | X | -SPLIT- | | 1,735.69 |
| Bill Pmt -Check | 07/29/2019 | 5090 | | THE SHERWIN WILLIAMS CO. | CHECK PAID | | X | Accounts Pay... | | 3,586.36 |
| Bill Pmt -Check | 07/29/2019 | 5107 | | VENUS FIRE PROTECTIon & s... | | | | Accounts Pay... | | 1,067.94 |
| Bill Pmt -Check | 07/29/2019 | 5108 | | Core Tech Associates Corp | | | | Accounts Pay... | | 575.00 |
| Bill Pmt -Check | 07/29/2019 | | | FAIRMONT INSURANCE CORP | ACH DEBIT ... | | X | Accounts Pay... | | 11,704.90 |
| Bill Pmt -Check | 07/29/2019 | 5136 | | 3-INDUSTRIES CORP | Contract | | X | Accounts Pay... | | 67,500.00 |
| Bill Pmt -Check | 07/29/2019 | 5140 | | AR CONSULTING ENGINEER ... | CHECK PAID | | X | Accounts Pay... | | 10,000.00 |
| Bill Pmt -Check | 07/29/2019 | 5104 | | ARK Builder Corp | CHECK PAID | | X | Accounts Pay... | | 17,100.00 |
| Bill Pmt -Check | 07/29/2019 | 5138 | | Zin Electrical Inc | 1 Nassan P 2 | | X | Accounts Pay... | | 63,000.00 |
| Bill Pmt -Check | 07/29/2019 | 5139 | | RITE TECHNICAL SERVICES I... | contract | | X | Accounts Pay... | | 94,050.00 |
| Bill Pmt -Check | 07/29/2019 | 5137 | | ORBIT PLUMBING & HEATIN... | CHECK PAID | | X | Accounts Pay... | | 32,000.00 |
| Bill Pmt -Check | 07/29/2019 | 5135 | | HI-TECH METAL SOLUTIONS | CONTRACT | | X | Accounts Pay... | | 92,700.00 |
| Bill Pmt -Check | 07/29/2019 | 5103 | | HI-TECH METAL SOLUTIONS | CONTRACT | | X | Accounts Pay... | | 4,500.00 |
| Bill Pmt -Check | 07/29/2019 | 5102 | | US ALFATECH OF NY CORP | CHECK PAID | | X | Accounts Pay... | | 12,262.00 |
| Bill Pmt -Check | 07/29/2019 | 5130 | | Deer Park RENTAL EQUIPMENT | $614,279.56-... | | X | Accounts Pay... | | 41,439.11 |
| Bill Pmt -Check | 07/29/2019 | 5131 | | Deer Park RENTAL EQUIPMENT | $614,279.56-... | | X | Accounts Pay... | | 131,238.23 |
| Bill Pmt -Check | 07/29/2019 | 5133 | | Elkwood Inc. | CHECK PAID | | X | Accounts Pay... | | 23,152.00 |
| Bill Pmt -Check | 07/29/2019 | 5099 | | Zin Electrical Inc | Need contrac... | | X | Accounts Pay... | | 12,760.20 |
| Check | 07/29/2019 | 4904 | | Worldwide Environmental Prod... | Inv #11089; 1... | | X | Construction ... | | 2,125.00 |
| Check | 07/29/2019 | 5078 | | RONALD VAISMAN | reimb | | X | Construction ... | | 8,506.02 |
| Bill Pmt -Check | 07/29/2019 | 5132 | | CONCRETE WORK CORP | | | X | Accounts Pay... | | 127,512.23 |
| Check | 07/30/2019 | 5150 | | 535 Eight Avenue LLC | CHECK PAID | | X | Rent Expense | | 750.00 |
| Check | 07/30/2019 | 5151 | | Jerome Robinson | 535 8th ave 1... | | X | Legal Fees | | 1,000.00 |
| Bill Pmt -Check | 07/30/2019 | 5152 | | MARJAM SUPPLY CO | CHECK PAID | | X | Accounts Pay... | | 862.86 |
| Bill Pmt -Check | 07/30/2019 | 5109 | | VELU GENERAL CONTRACTI... | CHECK PAID | | X | Accounts Pay... | | 10,000.00 |
| Check | 07/30/2019 | 5161 | | Szymon Wolyniec | MP 7-26-19 | | X | -SPLIT- | | 2,800.00 |
| Check | 07/30/2019 | 5163 | | Elkwood Inc. | MP | | X | Subcontractors | | 2,730.00 |
| Check | 07/30/2019 | 5153 | | Szymon Wolyniec | REIMB | | X | Construction ... | | 345.00 |
| Check | 07/30/2019 | 5154 | | Szymon Wolyniec | | | X | Office Expense | | 40.00 |
| Check | 07/30/2019 | 5155 | | Szymon Wolyniec | | | X | Construction ... | | 289.52 |
| Check | 07/30/2019 | 5156 | | Szymon Wolyniec | REIM | | X | Construction ... | | 726.94 |
| Check | 07/30/2019 | 5157 | | MAXCOR INC | MP 07.19.19 | | X | Subcontractors | | 1,260.00 |
| Check | 07/30/2019 | 5158 | | MAXCOR INC | MP | | X | Subcontractors | | 1,152.00 |
| Check | 07/30/2019 | 5159 | | MAXCOR INC | MP | | X | Subcontractors | | 2,864.00 |
| Check | 07/30/2019 | 5160 | | MAXCOR INC | MP | | X | Subcontractors | | 560.00 |
| Check | 07/30/2019 | 5162 | | Szymon Wolyniec | MP | | X | -SPLIT- | | 1,250.00 |
| Bill Pmt -Check | 07/31/2019 | | | EXPRESSIVE LIGHTING INC | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Check | 07/31/2019 | | | Innovative Accounting Solutions | ACH DEBIT I... | | X | Accounting Fe... | | 5,000.00 |
| Bill Pmt -Check | 07/31/2019 | | | 3-INDUSTRIES CORP | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 07/31/2019 | | | ADS WINDOW INC | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 07/31/2019 | | | AR CONSULTING ENGINEER ... | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 07/31/2019 | | | Empire Cabinets & Marble INC | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 07/31/2019 | | | HI-TECH METAL SOLUTIONS | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 07/31/2019 | | | New York Insulation INC | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 07/31/2019 | | | RITE TECHNICAL SERVICES I... | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 07/31/2019 | | | S & S Roofing INC | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 07/31/2019 | | | VELU GENERAL CONTRACTI... | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Check | 08/01/2019 | 5164 | | GROWTH DYNAMICS LLC | Corporate Co... | | X | Accounts Pay... | | 2,000.00 |
| Check | 08/01/2019 | | | CON ED | ACH DEBIT ... | | X | Electricity | | 1,963.48 |
| Check | 08/01/2019 | 5165 | | Momentum Advisor Services | Inv #2509 | | X | Consulting Fees | | 5,000.00 |
| Bill Pmt -Check | 08/02/2019 | 5168 | | van communications corp | QuickBooks ... | | X | Accounts Pay... | | 9,369.05 |
| Bill Pmt -Check | 08/02/2019 | 5171 | | BROTHERS ACM DRYWALL | to confirm date | | X | Accounts Pay... | | 13,350.00 |
| Check | 08/02/2019 | 5166 | | Jerome Robinson | 535 8th ave 1... | | X | Legal Fees | | 1,000.00 |
| Bill Pmt -Check | 08/02/2019 | 5167 | | ADS WINDOW INC | | | X | Accounts Pay... | | 17,280.00 |
| Bill Pmt -Check | 08/05/2019 | 5172 | | Loconsolo Paints | CHECK PAID | | X | Accounts Pay... | | 3,431.34 |
| Bill Pmt -Check | 08/05/2019 | 5169 | | GOLIATH CONTRACTING LLC | CHECK PAID | | X | Accounts Pay... | | 15,000.00 |
| Bill Pmt -Check | 08/05/2019 | | | ROSE MECHANICAL CORP | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Check | 08/06/2019 | 5059 | | TOWN APPLIANCE | check # 5059... | | X | Accounts Pay... | | 50,000.00 |
| Bill Pmt -Check | 08/06/2019 | 5170 | | ThyssenKrupp Elevator | | | X | Accounts Pay... | | 22,438.61 |
| Bill Pmt -Check | 08/07/2019 | 5178 | | DIAMOND MAIDS | CHECK PAID | | X | Accounts Pay... | | 261.30 |
| Bill Pmt -Check | 08/07/2019 | | | City SAFETY COMPLIANCE C... | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Check | 08/07/2019 | 4401 | | Lancelot homeowners associati... | CHECK PAID | | X | Shareholder D... | | 350.00 |
| Bill Pmt -Check | 08/09/2019 | | | PRO-TECT CONSTRUCTION ... | OUTGOING ... | | X | Accounts Pay... | | 2,517.55 |
| Bill Pmt -Check | 08/09/2019 | | | GOLIATH CONTRACTING LLC | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Check | 08/09/2019 | | | Wire Transfer | TRANSFER ... | | X | Signature Gen... | | 101,000.00 |
| Bill Pmt -Check | 08/12/2019 | 5198 | | ROSE MECHANICAL CORP | CHECK PAID | | X | Accounts Pay... | | 75,000.00 |
| Check | 08/12/2019 | 5181 | | BRIAN ESCOBAR | CHECK PAID | | X | Accounts Pay... | | 2,800.00 |
| Check | 08/12/2019 | 5180 | | BRIAN ESCOBAR | CHECK PAID | | X | Accounts Pay... | | 2,500.00 |
| Bill Pmt -Check | 08/12/2019 | | | CONTROL POINT ASSOC | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Check | 08/12/2019 | 5182 | | BRIAN ESCOBAR | Reimbursem... | | X | Office Supplies | | 231.52 |
| Check | 08/12/2019 | 5184 | | RONALD VAISMAN | CHECK PAID | | X | -SPLIT- | | 4,356.08 |
| Bill Pmt -Check | 08/12/2019 | | | Midwood Doors | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 08/12/2019 | | | Mcmaster-carr | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 08/12/2019 | | | HILTI INC | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 08/12/2019 | | | CC EXPEDITING SERVICES C... | QuickBooks ... | | | Accounts Pay... | 0.00 | |
| Check | 08/13/2019 | | | MARJAM SUPPLY CO | 1190818, 11... | | X | Construction ... | | 19,507.40 |
| Check | 08/13/2019 | | | INFINITIAUTO LEASE 2 | ACH DEBIT I... | | X | Car Lease Exp | | 495.28 |
| Check | 08/15/2019 | 5185 | | Zisholtz & Zisholtz | Attorney for ... | | X | Legal Fees | | 50,000.00 |
| Check | 08/15/2019 | 5187 | | ENDRI JASA | reimb | | | Construction ... | | 823.19 |
| Check | 08/15/2019 | 5188 | | ENDRI JASA | reimb | | | Construction ... | | 76.00 |
| Check | 08/15/2019 | 5189 | | ENDRI JASA | reimb | | | Construction ... | | 108.79 |
| Check | 08/15/2019 | 5194 | | Scott Gaddis | | | X | Construction ... | | 171.54 |
| Check | 08/15/2019 | 5196 | | RONALD VAISMAN | CHECK PAID | | X | Travel & Fees | | 5,439.51 |
| Bill Pmt -Check | 08/15/2019 | 5199 | | VELU GENERAL CONTRACTI... | no invoice | | X | Accounts Pay... | | 34,000.00 |
| Bill Pmt -Check | 08/15/2019 | 5200 | | Zin Electrical Inc | CHECK PAID | | X | Accounts Pay... | | 16,000.00 |
| Bill Pmt -Check | 08/15/2019 | 5201 | | ELITE FLOORING LLC | no invoce | | X | Accounts Pay... | | 25,000.00 |
| Bill Pmt -Check | 08/15/2019 | 5202 | | CALL A HEAD CORP | CHECK PAID | | X | Accounts Pay... | | 971.34 |
| Bill Pmt -Check | 08/15/2019 | | | TOWN APPLIANCE | sales order | | X | Accounts Pay... | | 18,688.14 |
| Bill Pmt -Check | 08/15/2019 | 5204 | | Worldwide Environmental Prod... | | | X | Accounts Pay... | | 6,050.00 |
| Bill Pmt -Check | 08/15/2019 | 5205 | | William Vitacco Associates LTD. | includes 141... | | X | Accounts Pay... | | 2,100.00 |
| Check | 08/15/2019 | 5206 | | OXFORD HEALTH PLAN | 455765 | | X | Health Insuran... | | 2,140.49 |

Page 5

**INSPIRON INC**

5:14 PM

09/12/19

Accrual Basis

**Transactions by Account**

**As of August 25, 2019**

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 08/15/2019 | 5207 | | Loconsolo Paints | | | | Accounts Pay... | | 4,245.98 |
| Bill Pmt -Check | 08/15/2019 | 5208 | | Empire Cabinets & Marble INC | CHECK PAID | | X | Accounts Pay... | | 5,742.50 |
| Bill Pmt -Check | 08/15/2019 | 5209 | | GP LANDSCAPING | no bill | | X | Accounts Pay... | | 15,000.00 |
| Bill Pmt -Check | 08/15/2019 | 5210 | | Marvel Contracting Service, Inc. | | | | Accounts Pay... | | 5,390.00 |
| Bill Pmt -Check | 08/15/2019 | 5211 | | DDS MECHANICAL PLUMBIN... | Contract Appl... | | X | Accounts Pay... | | 11,790.00 |
| Bill Pmt -Check | 08/15/2019 | 5212 | | Zin Electrical Inc | Reverse of G... | | X | Accounts Pay... | | 12,816.00 |
| Bill Pmt -Check | 08/15/2019 | 5213 | | TSA Builders Corp | CHECK PAID | | X | Accounts Pay... | | 3,800.00 |
| Bill Pmt -Check | 08/15/2019 | 5215 | | Advantage Reprographics | CHECK PAID | | X | Accounts Pay... | | 70.68 |
| Bill Pmt -Check | 08/15/2019 | 5216 | | William Vitacco Associates LTD. | invoices #14... | | | Accounts Pay... | | 4,900.00 |
| Bill Pmt -Check | 08/15/2019 | 5218 | | ThyssenKrupp Elevator | Appl. #7 | | X | Accounts Pay... | | 12,009.19 |
| Check | 08/15/2019 | 5219 | | RONALD VAISMAN | Reimbursem... | | X | Construction ... | | 857.94 |
| Bill Pmt -Check | 08/15/2019 | 5220 | | VELU GENERAL CONTRACTI... | Invice dated ... | | X | Accounts Pay... | | 25,000.00 |
| Check | 08/15/2019 | 5221 | | Scott Gaddis | reimb | | X | Construction ... | | 350.04 |
| Check | 08/15/2019 | 5222 | | RONALD VAISMAN | CHECK PAID | | X | Travel & Fees | | 1,264.44 |
| Check | 08/15/2019 | 5223 | | RONALD VAISMAN | CHECK PAID | | X | Travel & Fees | | 518.25 |
| Check | 08/15/2019 | 5224 | | RONALD VAISMAN | CHECK PAID | | X | Travel & Fees | | 420.10 |
| Check | 08/15/2019 | 5225 | | Scott Gaddis | reimb | | X | Construction ... | | 59.73 |
| Check | 08/15/2019 | 5227 | | Wasserman Grubin & Rogers L... | 3311-005M,1... | | X | Legal Fees | | 39,551.42 |
| Check | 08/15/2019 | 5228 | | OXFORD HEALTH PLAN | 0720631 - De... | | X | Health Insuran... | | 800.78 |
| Check | 08/15/2019 | 5229 | | OXFORD HEALTH PLAN | 54141735 | | X | Health Insuran... | | 5,454.01 |
| Check | 08/15/2019 | | | Kirby, Aisner & Curley | Retainer wire | | X | Legal Fees | | 40,000.00 |
| Bill Pmt -Check | 08/15/2019 | 5230 | | Silver Cup Scaffolding | Appl. 3 | | X | Accounts Pay... | | 27,752.00 |
| Bill Pmt -Check | 08/15/2019 | 5231 | | 3-INDUSTRIES CORP | CHECK PAID | | X | Accounts Pay... | | 26,164.51 |
| Bill Pmt -Check | 08/15/2019 | 5232 | | US ALFATECH OF NY CORP | App. #5 | | X | Accounts Pay... | | 14,828.40 |
| Bill Pmt -Check | 08/15/2019 | 5233 | | 3-INDUSTRIES CORP | | | X | Accounts Pay... | | 29,532.13 |
| Bill Pmt -Check | 08/15/2019 | 5234 | | HI-TECH METAL SOLUTIONS | Reverse of G... | | X | Accounts Pay... | | 8,775.00 |
| Bill Pmt -Check | 08/15/2019 | | | HI-TECH METAL SOLUTIONS | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 08/15/2019 | | | ARK Builder Corp | QuickBooks ... | | X | Accounts Pay... | 0.00 | |
| Bill Pmt -Check | 08/15/2019 | 5235 | | ARK Builder Corp | Reverse of G... | | X | Accounts Pay... | | 32,279.18 |
| Bill Pmt -Check | 08/15/2019 | 5236 | | 120 JAVA, LLC | masonry sco... | | X | Other Constru... | | 159.22 |
| Bill Pmt -Check | 08/15/2019 | 5237 | | OTIS ELEVATOR CO | Contract date | | X | Accounts Pay... | | 29,360.00 |
| Check | 08/15/2019 | | | Spolizino, Smith, Buss & Jacob... | retainer | | X | Legal Fees | | 5,000.00 |
| Check | 08/15/2019 | 5238 | | Tetra Development | consulting/M... | | X | Advertising & ... | | 25,000.00 |
| Bill Pmt -Check | 08/15/2019 | 5239 | | BROTHERS ACM DRYWALL | to confirm date | | X | Accounts Pay... | | 9,800.00 |
| Bill Pmt -Check | 08/15/2019 | 5240 | | GOLIATH CONTRACTING LLC | | | X | Accounts Pay... | | 8,750.00 |
| Check | 08/15/2019 | 5217 | | United Rentals | 165258676-0... | | X | Rental Equipm... | | 16,796.84 |
| Bill Pmt -Check | 08/15/2019 | 5214 | | Worldwide Environmental Prod... | Inv #11634; 1... | | | Accounts Pay... | | 2,125.00 |
| Check | 08/21/2019 | | | TREMAR MANAGEMENT INC | OUTGOING ... | | X | Subcontractors | | 30,000.00 |
| Check | 08/23/2019 | 5242 | | GRAPHITE | Security Dep... | | X | Rental Income | | 2,750.00 |
| Check | 08/23/2019 | | | Innovative Accounting Solutions | | | X | Accounting Fe... | | 5,000.00 |

Total Signature  Liberty # 8548 — 0.00 — 6,138,958.77

**Signature "Banner"....9798**

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 05/31/2019 | | | OD INTEREST CHARGE | | | X | Interest Expen... | | 60.49 |
| Check | 06/17/2019 | | | NYC Dept of Finance | | | X | NYC TAX | | 7,693.18 |
| Check | 06/18/2019 | | | Transfer to Ac... # 9798 | TRANSFER ... | | X | Signature  Lib... | 7,693.18 | |
| Check | 06/19/2019 | | | American Express | | | X | AMEX CARD ... | | 117,687.23 |
| Check | 06/20/2019 | | | Transfer to Ac... # 9798 | TRANSFER ... | | X | Signature  Lib... | 117,687.23 | |
| Check | 06/28/2019 | | | OD INTEREST CHARGE | | | X | Interest Expen... | | 52.38 |
| Check | 07/19/2019 | | | American Express | | | X | AMEX CARD ... | | 50,847.05 |
| Check | 07/26/2019 | | | Web Transfer-7659 | | | X | Signature Gen... | | 101,000.00 |
| Check | 08/19/2019 | | | Amex Card | | | X | AMEX CARD ... | | 32,182.81 |

Total Signature "Banner"....9798 — 125,380.41 — 309,523.14

**Signature 619 E6TH ST 6619**
Total Signature 619 E6TH ST 6619

**Signature 76 E.Houston #0161**
Total Signature 76 E.Houston #0161

**Signature General # 7659**

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 05/30/2019 | | | QuickBooks Payroll Service | Created by D... | | X | Payroll Fees | | 1.75 |
| Check | 05/31/2019 | | | GroundUp MGMT LLC | ACH DEBIT I... | | X | -SPLIT- | | 3,307.27 |
| Check | 05/31/2019 | | | ONLINE XFR to 1502100196 | TRANSFER ... | | X | Signature  Lib... | 100,001.00 | |
| Check | 05/31/2019 | | | OD INTEREST CHARGE | OD INTERES... | | X | Interest Expen... | | 30.64 |
| Check | 06/13/2019 | | | QuickBooks Payroll Service | Created by D... | | X | Payroll Fees | | 1.75 |
| Check | 06/14/2019 | | | GroundUp MGMT LLC | ACH DEBIT I... | | X | -SPLIT- | | 4,345.75 |
| Check | 06/18/2019 | | | Web Transfer-7659 | TRANSFER ... | | X | Signature  Lib... | 100,001.00 | |
| Check | 06/25/2019 | | | intuit | | | X | MTA | | 350.09 |
| Check | 06/25/2019 | | | intuit | | | X | MTA | | 395.29 |
| Check | 06/25/2019 | | | intuit | | | X | MTA | | 404.86 |
| Check | 06/25/2019 | | | intuit | | | X | MTA | | 406.79 |
| Check | 06/25/2019 | | | intuit | | | X | MTA | | 865.78 |
| Check | 06/25/2019 | | | intuit | | | X | MTA | | 930.35 |
| Check | 06/25/2019 | | | intuit | | | X | MTA | | 958.17 |
| Check | 06/25/2019 | | | intuit | | | X | MTA | | 1,668.27 |
| Check | 06/25/2019 | | | intuit | | | X | MTA | | 2,365.97 |
| Check | 06/25/2019 | | | intuit | | | X | MTA | | 2,512.67 |
| Check | 06/27/2019 | | | QuickBooks Payroll Service | Created by D... | | X | Payroll Fees | | 1.75 |
| Check | 06/28/2019 | | | GroundUp MGMT LLC | ACH DEBIT I... | | X | -SPLIT- | | 3,307.27 |
| Check | 06/28/2019 | | | OD INTEREST CHARGE | | | X | Interest Expen... | | 7.54 |
| Check | 07/01/2019 | | | Web Transfer-7659 | TRANSFER ... | | X | Signature  Lib... | 100,001.00 | |
| Check | 07/11/2019 | | | QuickBooks Payroll Service | Created by D... | | X | Payroll Fees | | 1.75 |
| Check | 07/12/2019 | | | GroundUp MGMT LLC | ACH DEBIT I... | | X | -SPLIT- | | 3,307.27 |
| Check | 07/18/2019 | | | Chase AutoPay | | | X | Chase | | 133.54 |
| Check | 07/25/2019 | | | QuickBooks Payroll Service | Created by D... | | X | Payroll Fees | | 1.75 |
| Check | 07/26/2019 | | | GroundUp MGMT LLC | ACH DEBIT I... | | X | -SPLIT- | | 3,307.27 |
| Check | 07/26/2019 | | | Web Transfer-7659 | | | X | Signature "Ba... | 101,000.00 | |
| Check | 07/31/2019 | | | OD INTEREST CHARGE | | | X | Interest Expen... | | 15.15 |
| Check | 08/08/2019 | | | QuickBooks Payroll Service | Created by D... | | X | Payroll Fees | | 1.75 |

5:14 PM

09/12/19

**INSPIRON INC**

**Transactions by Account**

**Accrual Basis**

**As of August 25, 2019**

| Type | Date | Num | Adj | Name | Memo | Class | Clr | Split | Debit | Credit |
|------|------|-----|-----|------|------|-------|-----|-------|-------|--------|
| Check | 08/09/2019 | | | GroundUp MGMT LLC | ACH DEBIT I... | | X | -SPLIT- | | 3,307.27 |
| Check | 08/09/2019 | | | Wire Transfer | TRANSFER ... | | X | Signature  Lib... | 101,000.00 | |
| Check | 08/22/2019 | | | QuickBooks Payroll Service | Created by D... | | X | Payroll Fees | | 3.50 |
| Check | 08/23/2019 | | | GroundUp MGMT LLC | ACH DEBIT I... | | X | -SPLIT- | | 4,653.42 |
| Check | 08/23/2019 | | | Upturn Consulting Inc | Direct Deposit | | X | -SPLIT- | | 5,038.04 |
| | | | | Total Signature General # 7659 | | | | | 502,003.00 | 41,632.67 |
| **Signature MFHS #0196** | | | | | | | | | | |
| | | | | Total Signature MFHS #0196 | | | | | | |
| | | | | Total Signature Bank | | | | | 627,383.41 | 6,490,114.58 |
| | | | | Wells Fargo # 1601-0331 | | | | | | |
| | | | | Wells Fargo # 1912-8143 | | | | | | |
| **Wells Fargo # 3837-9060** | | | | | | | | | | |
| | | | | Total Wells Fargo # 3837-9060 | | | | | | |
| | | | | Wells Fargo # 5099-8411 | | | | | | |
| **Wells Fargo # 6666-7152** | | | | | | | | | | |
| | | | | Total Wells Fargo # 6666-7152 | | | | | | |
| | | | | Wells Fargo # 6938-9679 | | | | | | |
| **TOTAL** | | | | | | | | | 627,383.41 | 6,490,114.58 |