Pg 1 of 2

2:22 PM
11/25/19
Accrual Basis

# INSPIRON INC
## Balance Sheet
### As of September 30, 2019

|  | Sep 30, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Signature DIP #1191 | 494,179.96 |
| Wells Fargo # 1601-0331 | 3,666.26 |
| Wells Fargo # 1912-8143 | 1.03 |
| Wells Fargo # 3837-9060 | 40.47 |
| Wells Fargo # 5099-8411 | 0.26 |
| Wells Fargo # 6938-9679 | 51.09 |
| **Total Checking/Savings** | 497,939.07 |
| **Accounts Receivable** | |
| Accounts Receivable | 3,359,466.97 |
| Allowance for Bad Debt | -1,272,290.83 |
| **Total Accounts Receivable** | 2,087,176.14 |
| **Other Current Assets** | |
| Security Deposit - Rent | 142,073.05 |
| Undeposited Funds | -16,000.00 |
| **Total Other Current Assets** | 126,073.05 |
| **Total Current Assets** | 2,711,188.26 |
| **Fixed Assets** | |
| **Fixed Asset** | |
| Accumulated Depreciation | -229,696.18 |
| CAMERA | 3,271.38 |
| Computer | 141,651.51 |
| Computer/Software | 83,097.67 |
| Furniture and Equipment | 83,578.94 |
| **Total Fixed Asset** | 81,903.32 |
| **Total Fixed Assets** | 81,903.32 |
| **Other Assets** | |
| Prepaid Expenses | 180,928.51 |
| **Total Other Assets** | 180,928.51 |
| **TOTAL ASSETS** | 2,974,020.09 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 1,401,329.17 |
| **Total Accounts Payable** | 1,401,329.17 |
| **Credit Cards** | |
| **Credit Card** | |
| AMEX CARD 21001 | 20,613.17 |
| Chase | 2,992.47 |
| **Total Credit Card** | 23,605.64 |
| **Total Credit Cards** | 23,605.64 |
| **Other Current Liabilities** | |
| Loan from the Shareholder | 500,010.00 |

2:22 PM
11/25/19
Accrual Basis

# INSPIRON INC
## Balance Sheet
### As of September 30, 2019

|  | Sep 30, 19 |
|---|---:|
| **Payroll Liabilities** | |
| Payroll Tax Liability | -0.01 |
| **Total Payroll Liabilities** | -0.01 |
| **Total Other Current Liabilit...** | 500,009.99 |
| **Total Current Liabilities** | 1,924,944.80 |
| **Long Term Liabilities** | |
| Accrued Payable | 2,758,805.61 |
| Loan 782889 | 245,259.13 |
| Tenant Security Deposit | 266,017.50 |
| **Total Long Term Liabilities** | 3,270,082.24 |
| **Total Liabilities** | 5,195,027.04 |
| **Equity** | |
| Retained Earnings | 1,221,230.05 |
| Shareholder Distributions | -61,211.53 |
| Net Income | -3,381,025.47 |
| **Total Equity** | -2,221,006.95 |
| **TOTAL LIABILITIES & EQUITY** | 2,974,020.09 |